

PO Box 14560
Lexington, KY 40512-4560

Phone: 1-866-825-0186
Fax: 1-866-667-1987

February 26, 2020

BRIAN STEWART
P.O. BOX 54 985-318-4401
ALBANY LA - 70711

Dear Brian Stewart:

We are writing to advise you that we have received the forms completed by you for you Long Term Disability application; however, we have not yet received the following form listed below to support your disability claim.

To be completed by the employee:
•Authorization to Obtain Information
•Other Income Questionnaire
•Work History and Education Questionnaire
•Social Security Admin Consent Auth for Release of Info
•Authorization to Share and Use Medical Information
•W-4S 2018
•Reimbursement Insured LTD
•Employee Info (Page 2)

To be completed by the doctor:
•Attending physician statement
•Capabilities and limitation worksheet

Please fax the forms to 1-866-667-1987

If mailing, please mail to the address below: (please note if mailing the forms it will take two weeks for it to show up in the claim)

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560

Remember that in order to be considered for these benefits, you must file your claim in a timely manner as required by UPS' LTD Plan.
All completed office notes should be returned to Aetna, Inc. by 3/13/2020. Once we receive your completed office notes your claim will be evaluated. If your claim is approved, benefits will be paid retroactively to the date you commenced your LTD leave.

If your claim for LTD benefits is not submitted to Aetna by 3/13/2020, your claim will be closed.
If you have already submitted the required forms after the date of this letter, please disregard.
If you have any questions, please feel free to contact me at 860-900-3546

Sincerely,

Andrew Gallagher
Ltd Technician Claims
Aetna Life Insurance Company

Enclosure(s):
Authorization to Obtain Information
Other Income Questionnaire
Work History and Education Questionnaire
Social Security Admin Consent Auth for Release of Info
Authorization to Share and Use Medical Information
W-4S 2019
Reimbursement Insured LTD
Attending Provider Statement
Capabilities and Limitations Worksheet
Employee/Employer Request for Information

Claim Number: 21247832STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Fax Number: 1-866-667-1987

# aetna

# Authorization To Obtain Information

Complete and sign the form using BLUE or BLACK ink.

Control Number: _____

Employee Year of Birth: _____

Employee Gender: ☐ Male    ☐ Female

I _____, Claim Number _____,
(please print full name – Last, First, Middle Initial)
hereby authorize any insurance company, third party administrator, government organization, employer and
any of their agents performing services relating to any employee benefits or workers compensation or other
organization, institution, or person that has any records or knowledge about me containing the following to
release the information to the Aetna and/or its duly authorized representatives or agents:

- **Financial information,**
- **Information pertaining to my credit history,**
- **Information pertaining to my academic performance, credits earned, or school-related activities,**
- **Other insurance benefits, or,**
- **Employment information and history (including job duties and earnings).**

I understand that the information obtained by use of this authorization will be used for the purpose of
evaluating and administering my claim for disability benefits.

This authorization is valid for the term of the policy or contract under which a claim has been submitted.

I know that I have a right to receive a copy of this authorization upon request and agree that a photographic
copy of this authorization is as valid as the original.

I further authorize the Aetna and/or its authorized representatives or agents to request reports and information
from the Social Security Administration regarding benefits, earnings and employer information, and any award,
disallowance or termination relating to benefits.

| Print Name (*Last, First, Middle Initial*) | |
|---|---|
| Signature of Employee | Date Signed (*MM/DD/YYYY*) |

| **If the person signing this authorization is not the member**, describe relationship to the member. |
|---|
| _____ |
| If this authorization is being signed by the member's legal representative, you must furnish a copy of the Power of Attorney or other relevant document authorizing you to act on the member's behalf. |

Mail this completed form to: **Aetna Life Insurance Company**

**MI DT 48-045  WKAB-Generic**
GC-1499-5 (7-14) H                                                    R-POD

Claim Number: 21247832

**Employee Name**
    STEWART, BRIAN

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an
application for insurance or statement of claim containing materially false information or conceals, for the purpose of
misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and
subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or
benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and
confinement in prison.

**MI DT 48-045  WKAB**                                    Page 2
GC-1499-5 (7-14)

Claim Number: 21247832 STEWART, BRIAN PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186** Fax: **1-866-667-1987**

aetna®

## Other Income Questionnaire
## Disability Benefits

**Mail this completed form to:**
Aetna Life Insurance Company

| Claim Number |
| --- |

Please complete and return this form so that we can accurately determine your benefits. Provide all information relating to your actual or expected entitlement to income from all sources (excluding Aetna Disability Benefits) to avoid processing delays and/or overpayment of benefits.

| Employee's Name (Last, First, Middle Initial) | Date of birth |
| --- | --- |
| Address | Phone Number |

Marital Status
☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed   Spouse's date of birth (MM/DD/YYYY) _____

Children's dates of birth (MM/DD/YY) (list any children age 20 or younger as of your date of disability)   ☐ No Children
_____

If any child has a disability please explain:

If any child is legally adopted or if any dependent is a grandchild please explain: (please include date of adoption)

Please complete all the questions below:
☐ Yes ☐ No  I have received other income (as listed below), since the onset of my disability.*
☐ Yes ☐ No  My family members have received Social Security (SS) benefits since the onset of my disability.*
   **(Please also list below any SS benefits received by a family member due to your disability)**
☐ Yes ☐ No  I have deferred or elected not to receive other income that I am entitled to receive.
☐ Yes ☐ No  I have applied for other income listed below.
*Please submit a copy of the benefit award letter with this form if you have not already done so.
NOTE: Please check ALL boxes that apply and provide complete information on any benefit amounts below.

| Source of Income | Gross Benefit Amount AND frequency | Net Benefit amount | Effective Date of benefits (MM/DD/YY) |
| --- | --- | --- | --- |
| ☐ Wages/income from any employment | | | |
| ☐ Social Security Disability – Primary | | | |
| ☐ Social Security Disability – Family | | | |
| ☐ Social Security Retirement - Self | | | |
| ☐ Social Security Retirement - Spouse | | | |
| ☐ Social Security Widow/Widowers | | | |
| ☐ Pension or retirement benefit – (monthly OR lump sum payments) | | | |
| ☐ State Disability Plans | | | |
| ☐ Worker's Compensation – (weekly or lump sum settlements) | | | |
| ☐ Veteran's benefits | | | |
| ☐ Railroad retirement benefits | | | |
| ☐ No-Fault Automobile benefits | | | |
| ☐ Private group disability benefits | | | |
| ☐ Public or state retirement system | | | |
| ☐ Unemployment Benefits | | | |
| ☐ Jones Act or Maritime Doctrine | | | |
| ☐ Recovery or settlement from Third Party causing disability | | | |
| ☐ Other (specify) | | | |

| Signature ➜ | Date (MM/DD/YYYY) |
| --- | --- |

Complete back ➜

**WKAB**
GC-1503-26 (7-14)  F                                                                    R-POD

Claim Number: 21247832

| Employee's Name (Last, First, Middle Initial) |
| --- |
| STEWART, BRIAN |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
| --- | --- |

**WKAB**                                                    **Page 2**
GC-1503-26 (7-14) E

Claim Number: 21247832STEWART, BRIAN 21247832PO Box 14560Lexington, KY 40512-4560Phone: 1-866-825-0186Fax: 1-866-667-1987



## Work History and Education Questionnaire

Aetna Life Insurance Company

Instructions: Please print, answer all questions, date and sign the release. Complete and sign the form using BLUE or BLACK ink. If you have a resume, please include with this form submission. Please thoroughly complete all sections of this form or it will be returned for additional information.

| 1. Employee Information | Name (Last, First, Middle Initial) | | | E-mail Address | |
|---|---|---|---|---|---|
| | Claim Number | | Date of Birth | Gender ☐ Male ☐ Female | |

**2. Education**

Highest Level Achieved
Grade ☐ 1-8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ GED      College ☐ 1 ☐ 2 ☐ 3 ☐ 4

Degrees, Majors/Minors, Years Achieved and School Name

If No Degree, Please List Last Year Attended, School Name, and Degree Track

Post Graduate Courses/Degree(s)

Additional Training, Skills, and Languages Spoken

List Any Certifications or Licenses

Military Services/Training: Please List Branch, Rank, DOD or Military Occupation Code and Dates of Service

Computer Skills:
Do you know how to type/keyboard? ☐ Yes ☐ No        Do you use a home computer? ☐ Yes ☐ No
Did you use a computer at work? ☐ Yes ☐ No        If yes, for what activities? _____
For what tasks? _____

Do you know how to use:
Do you know how to use the Internet? ☐ Yes ☐ No        Word processing software (MS Word)? ☐ Yes ☐ No
If yes, for what activities? _____        Spreadsheets (Excel)? ☐ Yes ☐ No
        E-mail (Outlook)? ☐ Yes ☐ No
        Presentation software
Can you use a smart phone? ☐ Yes ☐ No        (Power Point)? ☐ Yes ☐ No

**3. Work History**

| Current Job You Are Disabled From | | Date Hired (MM/DD/YYYY) | Salary |
|---|---|---|---|

Description of Your Job (e.g., Tasks/Functions Performed; Include: Equipment, Tools, Applications, Time Demands, and Mental Demands.)

Supervision of Others        Number of Hours In Your Workday
☐ Yes ☐ No        ☐ 8 ☐ 10 ☐ 12 Other _____

Other Job Titles Held with This Employer and Dates Performed

In Your Work Day, How Much Time (Hours) Did You Spend:

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sitting | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |
| B. | Standing | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |
| C. | Walking | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |

| Lifting Requirements: | Occasionally | Frequently | Continually | Never |
|---|---|---|---|---|
| Lift Up To 10 Pounds | ☐ | ☐ | ☐ | ☐ |
| 11-25 Pounds | ☐ | ☐ | ☐ | ☐ |
| 26-50 Pounds | ☐ | ☐ | ☐ | ☐ |
| 50 Pounds or More | ☐ | ☐ | ☐ | ☐ |

WKAB
GC-1501-26 (1-16)

Page 1 of 3

| Employee Name (Last, First, Middle Initial) | | | Claim Number | |
|---|---|---|---|---|

**4. Other Work History**

Please provide complete work history information (list chronologically and use additional paper if necessary). If you have a resume, please include with this form submission.

Please explain any gaps in employment history.

| Employer | Job Title | Employed From _____ To _____ | Salary |
|---|---|---|---|
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications Used | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No   Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes     ☐ No | Other Job Titles Held with This Employer and Dates | | |

| Employer | Job Title | Employed From _____ To _____ | Salary |
|---|---|---|---|
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications used | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No   Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes     ☐ No | Other Job Titles Held with This Employer and Dates | | |

| Employer | Job Title | Employed From _____ To _____ | Salary |
|---|---|---|---|
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications used: | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No   Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes     ☐ No | Other Job Titles Held with This Employer and Dates | | |

*Please list your outside work activities including Sports, Activities, Hobbies, Volunteer Work*

**5. Additional Information**

Before your Disability (note frequency of activity):

After your Disability (note frequency of activity):

Volunteer Activity

**6. Certification**

I hereby certify that the foregoing statements and answers are complete and true to the best of my knowledge and belief.

Date (MM/DD/YYYY) _____   Signed Employee _____

**7. Authorization**

To my present employer and all previous employers:

I hereby authorize my present and past employers to provide Aetna or its representative with a description of all job-related duties and functions I performed while actively employed.  I further authorize Aetna or its representative to release this information to vocational or clinical specialists it utilizes during the course of its administration of my disability claim.  A copy of this authorization shall be as valid as the original.

Date (MM/DD/YYYY) _____    Signed Employee _____

WKAB GC-1501-26 (1-16)

Claim Number: **21247832STEWART, BRIAN**



Claim Number: **21247832**

| Employee Name (Last, First Middle Initial) **STEWART, BRIAN** | Employee Social Security Number |
|---|---|

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB
GC-1501-26 (1-16)                          Page 3 of 3

Claim Number: 21247832

Claim Number: 21247832BRIAN STEWARTPO Box 14560Lexington, KY 40512-4560





Claim Number: 21247832PO Box 14560Lexington, KY 40512-4560Fax: 1-866-667-1987

## Authorization to Share and Use Medical Information

Mail this completed form to:

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("Information"). This Information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the Information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that Information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The Information provided to Aetna will not be used for any purpose other than its intended use stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| Claimant's Name | Date of Birth |
|---|---|
|  |  |
| Employer's Name | Date |
|  |  |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |

**Form must be signed in order to be considered valid.**

WKAB
GR-69211 (2-17)  B                                                                     R-POD



**EXPRESSION ERROR!**

| Form **W-4S** | **Request for Federal Income Tax Withholding From Sick Pay** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the third-party payer of your sick pay. ▶ Go to *www.irs.gov/FormW4S* for the latest information. | **2019** |

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . .   $

Employee's signature ▶ _____          Date ▶ _____

- - - - - - - - - - - - - **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** - - - - - - - - - - - - -

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| 1 | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . | **1** | |
|---|---|---|---|
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . | **4** | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

**For Paperwork Reduction Act Notice, see page 2.**

- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

(continued on back)

Cat. No. 10226E          Form **W-4S** (2019)

BRIANSTEWARTClaim Number: 21247832

Form W-4S (2019)      Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

**If line 3 is:**      The tax is:

| Over— | But not over— | | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 510,300 | 46,628.50 + 35% | 204,100 |
| 510,300 | and greater | 153,798.50 + 37% | 510,300 |

### Schedule Z—Head of household

**If line 3 is:**      The tax is:

| Over— | But not over— | | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | $0 + 10% | $0 |
| 13,850 | 52,850 | 1,385 + 12% | 13,850 |
| 52,850 | 84,200 | 6,065 + 22% | 52,850 |
| 84,200 | 160,700 | 12,962 + 24% | 84,200 |
| 160,700 | 204,100 | 31,322 + 32% | 160,700 |
| 204,100 | 510,300 | 45,210 + 35% | 204,100 |
| 510,300 | and greater | 152,380 + 37% | 510,300 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

**If line 3 is:**      The tax is:

| Over— | But not over— | | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | $0 + 10% | $0 |
| 19,400 | 78,950 | 1,940 + 12% | 19,400 |
| 78,950 | 168,400 | 9,086 + 22% | 78,950 |
| 168,400 | 321,450 | 28,765 + 24% | 168,400 |
| 321,450 | 408,200 | 65,497 + 32% | 321,450 |
| 408,200 | 612,350 | 93,257 + 35% | 408,200 |
| 612,350 | and greater | 164,709.50 + 37% | 612,350 |

### Schedule Y-2—Married filing separately

**If line 3 is:**      The tax is:

| Over— | But not over— | | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 306,175 | 46,628.50 + 35% | 204,100 |
| 306,175 | and greater | 82,354.75 + 37% | 306,175 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue

law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Claim Number: 21247832**



UPSClaim Number: 21247832Claim Number: 21247832 PO Box 14560Lexington, KY 40512-4560Fax #: 1-866-667-1987

# Reimbursement Agreement (LTD)

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has contracted with my employer _____
to administer the LTD plan under which I am a covered employee.

If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD benefits without reduction on account of other benefit payments to which I or my eligible dependents may become entitled under the United States Social Security Act or from any of the other income sources described in the LTD policy, I hereby agree to reimburse Aetna for any and all overpayments made to me under the LTD policy or any short term disability plan provided by employer. I understand that Aetna agrees to make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and effective dates of any such benefits, and to promptly repay same. This reimbursement is applicable whether said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or otherwise, regardless of the term used to describe such payment under applicable law. This includes any overpayments made due to administrative error, early return to work, adjustment of the benefit begin date, incorrect salary, or any other overpayment reason. Further, I agree that any benefits due me, my beneficiaries, heirs, executors, administrators or assigns under the LTD policy may be applied to any outstanding overpayment whether resulting from retroactive award of Social Security or any other income benefits as described in the LTD policy.

With respect to any group life insurance coverage provided me by Aetna and in consideration of the foregoing, I hereby assign to Aetna, as creditor beneficiary, an amount of such group life insurance equal to the amount of any overpayment which may be outstanding under the LTD policy at the time of death.

_____
Signature of Employee/Authorized Representative

_____
Date *(MM/DD/YYYY)*

Employee Gender ☐ Male ☐ Female

_____
Claim Number

Year of Birth: _____

Mail this completed form to: **Aetna Life Insurance Company**

**MI DT 48-008 Insured WKAB-Generic**
GC-1589-5 (10-16)







**ætna®**

PO Box 14560Lexington, KY 40512-4560Phone: **1-866-825-01861-866-667-1987**

## Attending Provider Statement    Aetna Life Insurance Company

One of your patients has filed a disability claim with us.
You can help us make a decision quickly.

**Step 1:**   **Fill out the form.** Answer each question as thoroughly as you can. Type or write clearly, please.
**Step 2:**   **Send it back to us.** You can fax it to us at       . If you have office notes, test results, or other information that relates to the condition, you can send that too.
**Step 3:**   **Work with us if we need more information.** If we need to clarify anything, we'll let you know.

### Section 1 – Patient Information (to be completed by your patient)

| Member Name (Last, First, Middle Initial) | Employer |
|---|---|
| Employee ID/Claim Number | Date of Birth |

### Section 2 – Medical Information (to be completed by the provider)

| | |
|---|---|
| 1.  Primary Dx/ICD Code and Date of Diagnosis | 2.  Additional Dx/ICD Code(s) and Dates(s) of Diagnosis |
| 3.  Procedure/CPT Codes and Dates | 4.  When did you first treat the patient for this condition? |

| 5.  Are you still treating the patient for this condition? ☐ Yes ☐ No | 6.  What was the last date you saw the patient? | 7.  Date of Next Office Visit |
|---|---|---|

8.  On what date do you believe the impairment limited work capacity?
Date: _____ ☐ Unknown

9.  Was patient recently hospitalized? ☐ Yes ☐ No   Admit _____   Discharge _____
Hospital Name/City/State _____

10. Is the condition due to an injury or illness arising out of the patient's employment? ☐ Yes ☐ No ☐ Unknown

11. What specific physical, cognitive or behavioral activity/function is the patient unable to do?

12. What specific physical, cognitive or behavioral activity/function, related to the conditions you are managing, can the patient still do?

13. Describe the patient's treatment plan; including any medications

| 14. If the patient is likely to have a full recovery, what date/timeframe would that be? | 15. What date/timeframe would you expect to see some improvement in the patient's ability to function? |
|---|---|

**Thank you for your help.**
If we need to follow up for clarification or more information, what's the best way to contact you (phone/fax and time of day)?

### Section 3 – Provider's Signature

| Provider's Name (*Print*) | Degree | Specialty |
|---|---|---|
| Address (*No. Street, City, State, ZIP Code*) | Telephone Number | Fax Number |
| **Signature** | **Date** (*MM/DD/YYYY*) | |

**WKAB**
GC-1486-26 (7-15) F                             **R-POD**



Claim Number: 21247832

| Member Name (*Last, First, Middle Initial*) |
|---|
| **STEWART, BRIAN** |

**Regulation Notices**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

**WKAB**
GC-1486-26 (7-15) F

The Hartford : TaskLetterView

**aetna®**

Claim Number: 21247832 STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186** Fax: **1-866-667-1987**

## Capabilities and Limitations Worksheet

Aetna Life Insurance Company

Complete and sign the form using BLUE or BLACK ink.

| Employee Name (Last, First, Middle Initial) | | Social Security Number/Employee ID Number | Year of Birth |
|---|---|---|---|
| Gender   ☐ Male   ☐ Female | Job Title | | Control Number |
| Current Diagnosis | Medications: | | |

Indicate the percent of the day the following activities can be performed:

(**O**)ccasional 1-33% or .5-2.5 hrs.   **F**requent 34-66% or 2.6-5.0 hrs.   **C**ontinuous 67-100% or 5.1-8 hrs. or (**N**)ever

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☐ | Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion __R__L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting __R__L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing __R__L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping __R__L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking __R__L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____ hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐
Duration of restrictions: _____ Care Complete: Yes ☐   No ☐   Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|
| Physician Name | Specialty |
| Phone Number | Fax Number |
| Address | |

WKAB
GC-1500-26 (12-14)             Page 1 of 2

Claim Number: 21247832

| Employee Name (Last, First Middle Initial) Required |
|---|
| STEWART, BRIAN |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB- GC-1500-26 (12-14)        **Page 2 of 2**

Claim Number: 21247832UPSPO Box 14560Lexington, KY 40512-4560Phone: **1-866-825-0186**Fax: **1-866-667-1987**

**aetna**®

### EMPLOYEE REQUEST FOR INFORMATION   Mail this completed form to:

Please select the type of claim being requested:
☐ Short Term Disability
☐ Long Term Disability

This notice should be **completed by Employer and Employee,** using BLUE or BLACK ink, and faxed/mailed to Aetna Life Insurance Company in order to initiate a disability claim. Neither the furnishing of this form, nor its acceptance by the company, shall be construed as an admission of liability or a waiver of any of the provisions of the plan document.

**EMPLOYER INFORMATION** *(To be completed by the Employer.)*

| Employer's Name | | | EIN Number | |
|---|---|---|---|---|
| Employer's Street Address | | | | |
| City | | State | ZIP | |
| Work Location *(If different from the above)* | | Supervisor's Name and Telephone Number *(Include Area Code)* | | |

| Does member have both Aetna Disability and Health Insurance? ☐ No ☐ Yes | Aetna Disability Control Number | Disability Suffix | Disability Account | STD | LTD | Disability Plan |
|---|---|---|---|---|---|---|

**Complete all applicable information.**

| Aetna Health Plan Control Number | Health Plan Suffix | Health Plan Account | Health Plan Summary Code |
|---|---|---|---|

| Employee's Name *(Last, First, Middle Initial)* | | Employee Gender ☐ Male ☐ Female | Employee's Social Security Number |
|---|---|---|---|

| Date of Hire *(MM/DD/YYYY)* | STD Coverage Effective Date *(MM/DD/YYYY)* | LTD Coverage Effective Date *(MM/DD/YYYY)* | Date Last Worked *(MM/DD/YYYY)* | Hours worked on last day worked |
|---|---|---|---|---|

| Employee's Occupation | Occupation is: ☐ Sedentary ☐ Light ☐ Moderate ☐ Heavy | Date Salary continuation was paid through *(MM/DD/YYYY)* |
|---|---|---|

Reason employee ceased work.

| Employee's earnings are: $ _____ ☐ Annually ☐ Monthly ☐ Weekly ☐ Hourly | Number of hours per week |
|---|---|

The portion of the cost of coverage that is paid by the employee with post-tax dollars is non-taxable.
What percentage of the cost of coverage is paid by the employee in this manner?   STD _____ %   LTD _____ %

If premium deductions are to be withheld please list the amounts *(weekly).*

| | Medical | Life | Dental | AD&D | Vision | FSA – Health | FSA – Dependent | LTD | Other |
|---|---|---|---|---|---|---|---|---|---|
| Amount | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Pre-tax $ | % | % | % | % | % | % | % | % | % |
| Post-tax $ | % | % | % | % | % | % | % | % | % |

**The following is applicable only if the employee also has group life insurance with Aetna:**

| Basic Life Control Number | Control Suffix | Claim Account | Plan | Amount of Basic Insurance in Force on Date Last Worked $ |
|---|---|---|---|---|
| Supplemental Life Control Number | Control Suffix | Claim Account | Plan | Amount of Supplemental Insurance in Force on Date Last Worked $ |

| Type of Provision *(check one)*: ☐ Premium Waiver ☐ DBO-AID ☐ Lump Sum ☐ Group Universal Life ☐ PTD/ Installment | Date Insurance Took Effect |
|---|---|
| | Effective Date Insurance Discontinued if Not in Force |

| Was claimant required to submit Evidence of Insurability? ☐ No ☐ Yes, give date submitted. | Supplemental Insurance Required Information: Enrollment forms and/or Screen Prints for current year as of date last worked and 2 years prior. |
|---|---|
| Last Contribution Covered Period Ending *(complete only if claimant contributed part of premium)* | If Retired, Provide Retirement Date and Copy of Pension Acceptance. |

| Name and telephone number of person providing the above information. | Date *(MM/DD/YYYY)* |
|---|---|

Complete back ➜

**CF DT 21-023  WKAB**
**GC-1502-26 (10-15)  R-POD E**



Page 2

**EMPLOYEE INFORMATION**
*(To be completed by the Employee. Misrepresentation section on Page 3 MUST be signed.)*

Employee's Name *(Last, First, Middle Initial)*

Employee's Street Address

| City | | | State | ZIP |

| Telephone Number | May we leave messages on your answering machine? ☐ No ☐ Yes | Date of birth *(MM/DD/YYYY)* |

| Date first missed work due to disability *(MM/DD/YYYY)* | Date returned/will return to work *(MM/DD/YYYY)* |

What is the nature of your disability *(diagnosis and/or ICD/CPT Code)?*

Were you hospitalized due to this condition?
☐ No
☐ Yes, please provide date you were hospitalized on.

| Is this condition work related? ☐ No ☐ Yes | Is this condition the result of an accident? ☐ No ☐ Yes | Is this condition the result of a motor vehicle accident? ☐ No ☐ Yes |

What is your occupation?

Briefly describe your job duties

What is your doctor's name?

What is your doctor's address and telephone number?

Has your doctor recommended that you stay out of work because you cannot perform your job at this time?
☐ No
☐ Yes, please provide how long your doctor expects you to remain out of work.

Briefly describe how your condition prevents you from working.

Have you been disabled as a result of this condition before?
☐ No
☐ Yes, please provide when and how long.

Are you receiving any other form of income?
☐ No
☐ Yes, please describe.

| Employee's Signature | Date *(MM/DD/YYYY)* |

CF DT 21-023   WKAB
GC-1502-26 (10-15)   E

---



Claim Number: 21247832STEWART, BRIAN

Claim Number: 21247832

| Employee Name *(Last, First, Middle Initial)* REQUIRED |
| STEWART, BRIAN |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date *(MM/DD/YYYY)* |

WKAB
GC-1502-26 (10-15) C                    Page 3

 

PO Box 14560
Lexington, KY 40512-4560

Phone: 1-866-825-0186
Fax: 1-866-667-1987

February 12, 2020

BRIAN STEWART
P.O. BOX 54
ALBANY LA - 70711

Group Control No:        0863204
Employer:                UPS
Employee:                MR. BRIAN STEWART
Disability Claim Case No:  21247832

Dear Brian Stewart:

UPS LTD group policy is underwritten by Aetna Life Insurance Company ("Aetna"). According to our records, you have been on leave since 9/3/2019 and assuming your disability has continued, your elimination period will end on 3/2/2020.

We recommend that you begin the process of filing a claim for LTD benefits. Please complete the enclosed forms and return them to our office, so we can obtain the necessary medical records from your doctor to process your LTD claim.

**LTD benefit amount**
If approved, your LTD benefit will equal to 60% of your pre-disability earnings up to the LTD Plan maximum.

**How do I receive benefit payments?**
You can choose how to receive your benefit payments. We have the following two options:

- We can send your benefits to your bank account through direct deposit;
- If you don't have a checking account that will take direct deposit payment, we can add your benefits to a pre-paid debit card;
- We can mail you a check.

We recommend signing up for direct deposit or a pre-paid debit card as a quick and easy way to receive benefits.

To set up **direct deposit**:

- Fill out a direct deposit form online at **www.aetnadisability.com**, 24 hours a day, 7 days a week.
- If you can't access the website, you can fill out the direct deposit form (Authorization for EFT/Direct Deposit of Benefit Payment) that's attached to this letter. You can send it back to us in the envelope we've included, or you can fax it to us at **1-866-667-1987**. Either way, you'll need to attach a voided check with the form.
- You also have the option of using the Interactive Voice Response (IVR) tool to sign up. Call us at **1-888-266-3027** to sign up through the IVR tool.

It takes about 10 days for direct deposit to start once we've received your form.

To set up a **pre-paid debit card**:

- Go to **www.aetnadisability.com** for more details and to sign up for the Money Network® Paycard.

You can't sign up for a pre-paid card over the phone. The only way is using our website.

If you don't sign up for direct deposit or a pre-paid debit card, we'll mail you a check each time you have a benefit payment.

**How to apply for Long Term Disability benefits**
To file a claim for LTD benefits, the enclosed forms must be completed and returned to Aetna within three weeks. A reply envelope is enclosed for your convenience.

- **Authorization for Release of Medical Information-General**
This form is required by Aetna to obtain medical information from your treating provider(s). As with all other medical information, Aetna will keep the information obtained in accordance with this release confidential.

- **Reimbursement Agreement**
This form is your agreement to pay us back if your claim is overpaid. This can happen when you're awarded benefits like Workers' Compensation, or Social Security Disability, for example, and we don't have that information when we pay your benefits. That means we might pay you more disability benefits that you're owed, and you'd have to pay that back to us. We need this form on file to show you're aware and you agree to this. If you don't sign and return the form to us, we'll need to estimate things like your Social Security Disability award amount, and reduce what we'll pay for LTD benefits based on that amount.
- **Form W-4 or W-4S**
Please complete the W-4 form indicating your number of exemptions and any specific amount you would like deducted over and above the number of exemption noted. If you have questions regarding completion of this form, please consult a tax advisor.
- **Authorization for Direct Deposit / Electronic Funds Transfer**
You may elect to have your LTD benefit check electronically transferred into your bank account each month. In order to receive this service, please complete the enclosed form titled Authorization for Direct Deposit. Please also enclose a voided checking or savings deposit slip or a voided check with this form. Please return this form in the enclosed reply envelop with the other forms. Please be aware that there will be a month delay before the direct deposit takes effect.

The LTD Plan contains an offset provision, which means your LTD benefits will be reduced, by any other disability benefits you may receive, such as Social Security, Workers' Compensation or any other income benefit as determined by the LTD Plan.

Under the LTD Plan you are required to apply for Social Security Disability Income (SSDI) benefits. Your LTD claim will be reviewed automatically by Allsup, Inc. to assess your need for assistance with this filing, and then be in contact with you. If you have questions regarding the application for Social Security Disability Income benefits, please contact us. If you have already applied for this benefit, please provide us with the date and location at which you filed your application. Please be aware that if you fail to keep us informed of your progress with the application process or fail to appeal if you are denied benefits, we will take an estimated Social Security Disability Income benefit offset.

All completed forms should be returned to Aetna within three weeks, or as soon as possible. As soon as we receive your completed forms, your claim will be processed. Please note that your claim may take several weeks to process.

If your claim for LTD benefits is not submitted to Aetna by the date specified or is not approved by us, you may be without income for a period of time. However, if your claim is approved, benefits will be paid retroactively to the date you commenced Long Term Disability leave.

Please take time to carefully review the provisions of LTD under UPS's Plan. If you have any questions, please feel free to contact me at 1-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

Sincerely,

ANDREW GALLAGHER
LTD Technician Claims

Aetna Life Insurance Company

Enclosures:
LTD Claim Filing Instructions
Authorization to Share and Use Medical Information
Authorization to Obtain Information
Attending Provider Statement
Capabilities and Limitations Worksheet
Other Income Questionnaire
Authorization for Direct Deposit of Disability Benefit Payment
Work History and Education Questionnaire
LTD Claim Application
Employee/Employer Request for Information
Social Security Admin Consent Auth for Release of Info
W-4S 2019
Reimbursement Insured LTD



## Long Term Disability Claim Filing Instructions

To ensure a prompt review and decision on your Long Term Disability (LTD) claim, please complete the forms that make up this packet and submit them as soon as possible to your employer's authorized benefit plan representative or directly to Aetna. These forms should be completed entirely, to ensure timely claim processing. If a section does not apply, or information is not available, write "NA" in the space so that we know you did not overlook the particular question. **We may return incomplete forms for completion**.

There are **ten (10)** forms:

- **Enhanced Disability Claim Application - Employee Request for Information**

  This form provides Aetna with official notice of your claim. It is your responsibility to complete the "Employee Information" portion (lower half) of this form.

- **Authorization for Aetna to Request Protected Health Information Necessary to Process a Disability Claim**

  In signing this form you authorize Aetna to obtain Protected Health Information necessary to process your disability claim.

- **Attending Physician's Statement**

  This form provides Aetna with your physician's evaluation of your present condition, as well as the history, diagnosis, and treatment of your disability.

  Immediately forward this form to your physician. Ask your physician to promptly complete and return the form directly to Aetna.

- **Capabilities and Limitations Worksheet**

  This form provides Aetna with your physician's evaluation of your physical capabilities. Ask your physician to promptly complete and return the form directly to Aetna.

- **Attending Physician Behavioral Health Statement**

  Disregard this form if not applicable to your claim.

  This form provides Aetna with your mental health provider's evaluation of your present condition, as well as the history, diagnosis, and treatment of your disability.

  Immediately forward this form to your mental health provider. Ask your provider to promptly complete and return the form directly to Aetna.

  Note: If you have more than one physician or provider for your condition, a statement should be completed by each one. These forms can be reproduced. Your physician or provider should mail the completed form either to your employer or directly to Aetna.

GC-1504-3 (7-07)

Page 1 of 2

Claim Number: 21247832

aetna®

Claim Number: 21247832 PO Box 14560Lexington, KY 40512-4560Phone: **1-866-825-0186**Fax: **1-866-667-1987**

- **Authorization to Secure Award or Denial Information**

  This form authorizes the Social Security Administration to provide Aetna with information about any Social Security determination that may have been made on your claim.

- **Reimbursement Agreement (LTD)**

  In signing this form, you authorize Aetna to recover any overpayments resulting from a retroactive Social Security benefit or from any other income source listed on the Disability Income Questionnaire.

  | | |
  |---|---|
  | * ASC | Complete this form if you are receiving salary continuation from your employer. |
  | **Insured | Complete this form if you are receiving disability benefit payments from Aetna. |

- **Reimbursement Agreement (STD)**

  In signing this form, you authorize Aetna to recover any overpayments resulting from a retroactive Social Security benefit or from any other income source listed on the Disability Income Questionnaire.

  | | |
  |---|---|
  | *ASC | Complete this form if you are receiving salary continuation from your employer. |
  | **Insured | Complete this form if you are receiving disability benefit payments from Aetna. |

- **Other Income Questionnaire Disability Benefits**

  This form shows types and amounts of "other income" benefits you may now receive or may be eligible to receive.

  List all such other income benefits that you are now receiving or may be eligible to receive. Do not list benefit payments made under an individual insurance policy. If you have questions about the source of "other income" benefits that should be included on this form, please contact us.

- **Authorization to Obtain Information**

  In signing this form you authorize Aetna to obtain non-medical information from any agency or institution.

- **Work History and Education Questionnaire**

  This form allows Aetna to assess your education and work history. Also, the form authorizes us to obtain and release information from past and present employers.

GC-1504-3 (7-07)                                                                                                    Page 2 of 2

**All information should be mailed to:**



![aetna®]

Claim Number: 21247832 PO Box 14560 Lexington, KY 40512-4560 Fax: 1-866-667-1987

## Authorization to Share and Use Medical Information

Mail this completed form to:

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("Information"). This Information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the Information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that Information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The Information provided to Aetna will not be used for any purpose other than its intended use stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENT(S) OF INFORMATION:

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

| Claimant's Name | Date of Birth |
|---|---|
|  |  |
| Employer's Name | Date |
|  |  |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |

Form must be signed in order to be considered valid.

WKAB
GR-69211 (2-17)   B

R-POD



**aetna**®

Claim Number: 21247832STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Fax Number: 1-866-667-1987

# Authorization To Obtain Information

Complete and sign the form using BLUE or BLACK ink.

Control Number: _____

Employee Year of Birth: _____

Employee Gender: ☐ Male   ☐ Female

I _____, Claim Number _____,
   _(please print full name – Last, First, Middle Initial)_
hereby authorize any insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation or other organization, institution, or person that has any records or knowledge about me containing the following to release the information to the Aetna and/or its duly authorized representatives or agents:

- **Financial information,**
- **Information pertaining to my credit history,**
- **Information pertaining to my academic performance, credits earned, or school-related activities,**
- **Other insurance benefits, or,**
- **Employment information and history (including job duties and earnings).**

I understand that the information obtained by use of this authorization will be used for the purpose of evaluating and administering my claim for disability benefits.

This authorization is valid for the term of the policy or contract under which a claim has been submitted.

I know that I have a right to receive a copy of this authorization upon request and agree that a photographic copy of this authorization is as valid as the original.

I further authorize the Aetna and/or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

| Print Name (_Last, First, Middle Initial_) | |
|---|---|
| Signature of Employee | Date Signed (_MM/DD/YYYY_) |

| **If the person signing this authorization is not the member**, describe relationship to the member. <br><br> _____ <br><br> If this authorization is being signed by the member's legal representative, you must furnish a copy of the Power of Attorney or other relevant document authorizing you to act on the member's behalf. |
|---|

Mail this completed form to: **Aetna Life Insurance Company**

**MI DT 48-045 WKAB-Generic**
GC-1499-5 (7-14) H

R-POD

Claim Number: 21247832

| Employee Name |
|---|
| STEWART, BRIAN |

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

**MI DT 48-045 WKAB**
GC-1499-5 (7-14)

Page 2



PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186 1-866-667-1987**

## Attending Provider Statement      Aetna Life Insurance Company

One of your patients has filed a disability claim with us.
You can help us make a decision quickly.

**Step 1:** **Fill out the form.** Answer each question as thoroughly as you can. Type or write clearly, please.
**Step 2:** **Send it back to us.** You can fax it to us at              . If you have office notes, test results, or other
information that relates to the condition, you can send that too.
**Step 3:** **Work with us if we need more information.** If we need to clarify anything, we'll let you know.

### Section 1 – Patient Information (to be completed by your patient)

| Member Name (Last, First, Middle Initial) | Employer |
|---|---|
| Employee ID/Claim Number | Date of Birth |

### Section 2 – Medical Information (to be completed by the provider)

| 1. Primary Dx/ICD Code and Date of Diagnosis | 2. Additional Dx/ICD Code(s) and Dates(s) of Diagnosis |
|---|---|
| 3. Procedure/CPT Codes and Dates | 4. When did you first treat the patient for this condition? |

| 5. Are you still treating the patient for this condition? ☐ Yes ☐ No | 6. What was the last date you saw the patient? | 7. Date of Next Office Visit |
|---|---|---|

8. On what date do you believe the impairment limited work capacity?
   Date: _____    ☐ Unknown

9. Was patient recently hospitalized?
   ☐ Yes ☐ No      Admit _____      Discharge _____
   Hospital Name/City/State _____

10. Is the condition due to an injury or illness arising out of the patient's employment?
    ☐ Yes ☐ No ☐ Unknown

11. What specific physical, cognitive or behavioral activity/function is the patient unable to do?



12. What specific physical, cognitive or behavioral activity/function, related to the conditions you are managing, can the patient still do?



13. Describe the patient's treatment plan; including any medications



| 14. If the patient is likely to have a full recovery, what date/timeframe would that be? | 15. What date/timeframe would you expect to see some improvement in the patient's ability to function? |
|---|---|

**Thank you for your help.**
If we need to follow up for clarification or more information, what's the best way to contact you (phone/fax and time of day)?


### Section 3 – Provider's Signature

| Provider's Name (*Print*) | Degree | Specialty |
|---|---|---|
| Address (No. Street, City, State, ZIP Code) | Telephone Number | Fax Number |
| **Signature** | | **Date** (*MM/DD/YYYY*) |

**WKAB**
GC-1486-26 (7-15) F                                                     R-POD



Claim Number: 21247832

| Member Name (*Last, First, Middle Initial*) |
|---|
| **STEWART, BRIAN** |

#### Regulation Notices

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

**WKAB**
GC-1486-26 (7-15) F

**aetna®**

Claim Number: 21247832 STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186** Fax: **1-866-667-1987**

## Capabilities and Limitations Worksheet
Aetna Life Insurance Company

Complete and sign the form using BLUE or BLACK ink.

| Employee Name (Last, First, Middle Initial) | Social Security Number/Employee ID Number | Year of Birth |
|---|---|---|

| Gender ☐ Male ☐ Female | Job Title | Control Number |
|---|---|---|

Current Diagnosis _____   Medications: _____

Indicate the percent of the day the following activities can be performed:

(**O**)ccasional 1-33% or .5-2.5 hrs.  (**F**)requent 34-68% or 2.6-5.0 hrs.  (**C**)ontinuous 67-100% or 5.1-8 hrs. or (**N**)ever:

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☐ | Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion __R__L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting __R__L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing __R__L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping __R__L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking __R__L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

Limitations to:
Speaking _____ hrs.
Vision (explain) _____
Depth Perception _____
Hearing (explain) _____

Exposure Limitations:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐
Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____
Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|
| Physician Name | Specialty |
| Phone Number | Fax Number |
| Address | |

WKAB
GC-1500-26 (12-14)                                                                 Page 1 of 2



Claim Number: **21247832**

| Employee Name (Last, First Middle Initial) Required |
|---|
| **STEWART, BRIAN** |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB- GC-1500-26 (12-14)                    Page 2 of 2

**aetna**®

Claim Number: 21247832 STEWART, BRIAN PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186** Fax: **1-866-667-1987**

## Other Income Questionnaire
## Disability Benefits

**Mail this completed form to:**
Aetna Life Insurance Company

Claim Number

Please complete and return this form so that we can accurately determine your benefits. Provide all information relating to your actual or expected entitlement to income from all sources (excluding Aetna Disability Benefits) to avoid processing delays and/or overpayment of benefits.

| Employee's Name (Last, First, Middle Initial) | Date of birth |
|---|---|

| Address | Phone Number |
|---|---|

Marital Status
☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed  Spouse's date of birth (MM/DD/YYYY) _____

Children's dates of birth (MM/DD/YYY)  **(list any children age 20 or younger as of your date of disability)**  ☐ No Children
_____   _____   _____   _____   _____

If any child has a disability please explain:

If any child is legally adopted or if any dependent is a grandchild please explain: (please include date of adoption)

Please complete all the questions below:
☐ Yes ☐ No  I have received other income (as listed below), since the onset of my disability.*
☐ Yes ☐ No  My family members have received Social Security (SS) benefits since the onset of my disability.*
　　　　　　**(Please also list below any SS benefits received by any family member due to your disability)**
☐ Yes ☐ No  I have deferred or elected not to receive other income that I am entitled to receive.
☐ Yes ☐ No  I have applied for other income listed below.
***Please submit a copy of the benefit award letter with this form if you have not already done so.***
**NOTE: Please check ALL boxes that apply and provide complete information on any benefit amounts below.**

| Source of Income | Gross Benefit Amount AND frequency | Net Benefit amount | Effective Date of benefits (MM/DD/YY) |
|---|---|---|---|
| ☐ Wages/income from any employment | | | |
| ☐ Social Security Disability – Primary | | | |
| ☐ Social Security Disability – Family | | | |
| ☐ Social Security Retirement - Self | | | |
| ☐ Social Security Retirement - Spouse | | | |
| ☐ Social Security Widow/Widowers | | | |
| ☐ Pension or retirement benefit – (monthly OR lump sum payments) | | | |
| ☐ State Disability Plans | | | |
| ☐ Worker's Compensation – (weekly or lump sum settlements) | | | |
| ☐ Veteran's benefits | | | |
| ☐ Railroad retirement benefits | | | |
| ☐ No-Fault Automobile benefits | | | |
| ☐ Private group disability benefits | | | |
| ☐ Public or state retirement system | | | |
| ☐ Unemployment Benefits | | | |
| ☐ Jones Act or Maritime Doctrine | | | |
| ☐ Recovery or settlement from Third Party causing disability | | | |
| ☐ Other (specify) | | | |

| Signature ➔ | Date (MM/DD/YYYY) |
|---|---|

Complete back ➔

**WKAB**
GC-1503-26 (7-14)  F                                                                 R-POD



Claim Number: 21247832

| Employee's Name (Last, First, Middle Initial) |
|---|
| STEWART, BRIAN |

**Misrepresentation**

| Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.<br><br>**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison. |
|---|

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

**WKAB**                                    **Page 2**
GC-1503-26 (7-14) E



Claim Number: 21247832 **www.aetnadisability.com**.1-866-667-1987.PO Box 14560Lexington, KY 40512-4560Phone: 1-866-825-0186Fax: 1-866-667-1987

## Authorization for EFT/Direct Deposit of Disability Benefit Payment

It's easy to set up EFT payments for disability benefits.  All you have to do is complete the form below or you may visit us at                            If you would prefer to complete via the form **please sign and return** the form to Aetna at the address below or you may also fax your information to

**Aetna Life Insurance Company (Aetna)**

☐ New    ☐ Change    ☐ Cancel

### Employee Information - *ALL* fields must be completed.

| Name | Telephone ( ) |
|---|---|
| Street Address | |
| City | State | ZIP Code |
| Social Security Number ___ ___ − ___ ___ − ___ ___ ___ ___ | |

### Banking Information - *ALL* fields must be completed.

| Name of Financial Institution | Telephone ( ) |
|---|---|

Please indicate: ☐ Checking  OR  ☐ Savings **and**

**ATTACH** a copy of a blank check, marked "VOID  **OR** provide the information below:

Routing Number: _____

Account Number: _____

**ATTACH HERE**

**\*\* Please attach a blank check from your Checking Account, marked "VOID"  \*\***

If Electronic Funds Transfer (EFT) is available at your financial institution Aetna will send a pre-notification transaction to your financial institution for confirmation.  Please allow time for EFT information to be processed by Aetna, which is approximately 10 calendar days from Aetna's receipt of this completed information.  Upon completion of the pre-notification process, Aetna will transmit benefit payments via EFT.  You may continue to receive benefit payments via check until this process is complete.

### Authorization Agreement

I authorize Aetna to initiate electronic funds transfers to my account at the financial institution associated with the routing number I entered for all benefit payments on my behalf.  This agreement will remain in effect until I provide written notice to withdraw from the direct deposit service or until Aetna or my employer notifies me that this service has been terminated.  I understand that I must allow approximately 10 calendar days from Aetna's receipt of this information for my instructions to be executed.  If Aetna credits more money to said account than the correct benefit amount to which I am entitled due to duplicate or erroneous funds transfers, I authorize the financial institution to allow Aetna to reverse the transactions.  If the reversal is denied by my financial institution, I agree to repay said amounts to Aetna.

| *Authorized Signature(s)* | *Date* |
|---|---|

**EFT**  GR-68735 (2-12) C                                                        R-POD

**aetna**®

Claim Number: 21247832STEWART, BRIAN 21247832PO Box 14560Lexington, KY 40512-4560Phone: 1-866-825-0186Fax: 1-866-667-1987

## Work History and Education Questionnaire

Aetna Life Insurance Company

Instructions: Please print, answer all questions, date and sign the release. Complete and sign the form using BLUE or BLACK ink. If you have a resume, please include with this form submission. Please thoroughly complete all sections of this form or it will be returned for additional information.

| 1. Employee Information | Name *(Last, First, Middle Initial)* | | E-mail Address | |
|---|---|---|---|---|
| | Claim Number | Date of Birth | Gender ☐ Male    ☐ Female | |

| 2. Education | Highest Level Achieved |
|---|---|
| | Grade  ☐ 1-8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ GED      College ☐ 1  ☐ 2  ☐ 3  ☐ 4 |
| | Degrees, Majors/Minors, Years Achieved and School Name |
| | If No Degree, Please List Last Year Attended, School Name, and Degree Track |
| | Post Graduate Courses/Degree(s) |
| | Additional Training, Skills, and Languages Spoken |
| | List Any Certifications or Licenses |
| | Military Services/Training: Please List Branch, Rank, DOD or Military Occupation Code and Dates of Service |

Computer Skills:

| | | | |
|---|---|---|---|
| Do you know how to type/keyboard? | ☐ Yes ☐ No | Do you use a home computer? | ☐ Yes ☐ No |
| Did you use a computer at work? | ☐ Yes ☐ No | If yes, for what activities? _____ | |
| For what tasks? _____ | | | |
| | | Do you know how to use: | |
| Do you know how to use the Internet? | ☐ Yes ☐ No | Word processing software (MS Word)? | ☐ Yes ☐ No |
| If yes, for what activities? _____ | | Spreadsheets (Excel)? | ☐ Yes ☐ No |
| | | E-mail (Outlook)? | ☐ Yes ☐ No |
| | | Presentation software | |
| Can you use a smart phone? | ☐ Yes ☐ No | (Power Point)? | ☐ Yes ☐ No |

| 3. Work History | Current Job You Are Disabled From | | Date Hired *(MM/DD/YYYY)* | Salary |
|---|---|---|---|---|
| | Description of Your Job (e.g., Tasks/Functions Performed; Include: Equipment, Tools, Applications, Time Demands, and Mental Demands.) | | | |

| Supervision of Others ☐ Yes    ☐ No | Number of Hours In Your Workday ☐ 8  ☐ 10  ☐ 12  Other _____ |
|---|---|

Other Job Titles Held with This Employer and Dates Performed

In Your Work Day, How Much Time (Hours) Did You Spend:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A.  Sitting | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |
| B.  Standing | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |
| C.  Walking | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ Continuously |

| Lifting Requirements: | Occasionally | Frequently | Continually | Never |
|---|---|---|---|---|
| Lift Up To 10 Pounds | ☐ | ☐ | ☐ | ☐ |
| 11-25 Pounds | ☐ | ☐ | ☐ | ☐ |
| 26-50 Pounds | ☐ | ☐ | ☐ | ☐ |
| 50 Pounds or More | ☐ | ☐ | ☐ | ☐ |

WKAB
GC-1501-26 (1-16)

Page 1 of 3

| Employee Name (Last, First, Middle Initial) | | | Claim Number | |
|---|---|---|---|---|

**4. Other Work History**

Please provide complete work history information (list chronologically and use additional paper if necessary).
If you have a resume, please include with this form submission.

Please explain any gaps in employment history.

| Employer | Job Title | Employed From _____ To _____ | Salary |
|---|---|---|---|
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications Used | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No  Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes ☐ No | Other Job Titles Held with This Employer and Dates | | |
| Employer | Job Title | Employed From _____ To _____ | Salary |
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications used | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No  Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes ☐ No | Other Job Titles Held with This Employer and Dates | | |
| Employer | Job Title | Employed From _____ To _____ | Salary |
| Description of Your Job | | | |
| Training Received | | | |
| Computers, Equipment, Tools and Applications used: | | | |
| Time Demands (e.g. deadlines, quotas, metrics) ☐ Yes ☐ No  Please describe: | | | |
| Supervision of Others as Part of Your Job ☐ Yes ☐ No | Other Job Titles Held with This Employer and Dates | | |

*Please list your outside work activities including Sports, Activities, Hobbies, Volunteer Work*

**5. Additional Information**

Before your Disability (note frequency of activity):

After your Disability (note frequency of activity):

Volunteer Activity

**6. Certification**

I hereby certify that the foregoing statements and answers are complete and true to the best of my knowledge and belief.
Date (MM/DD/YYYY) _____     Signed Employee _____

**7. Authorization**

To my present employer and all previous employers:

I hereby authorize my present and past employers to provide Aetna or its representative with a description of all job-related duties and functions I performed while actively employed.  I further authorize Aetna or its representative to release this information to vocational or clinical specialists it utilizes during the course of its administration of my disability claim.  A copy of this authorization shall be as valid as the original.

Date *(MM/DD/YYYY)* _____     Signed Employee _____

WKAB  GC-1501-26 (1-16)

---

Claim Number: 21247832STEWART, BRIAN



Claim Number: 21247832

| Employee Name (Last, First Middle Initial) | Employee Social Security Number |
|---|---|
| STEWART, BRIAN | |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB
GC-1501-26 (1-16)     Page 3 of 3



Claim Number: 21247832UPS 0863204 STEWART, BRIAN PO Box 14560 Lexington, KY 40512-4560 Fax: 1-866-667-1987 1-866-825-0186.

# Long Term Disability Claim Application

If you have any questions, please call      **Fax** or **mail** this completed form to:

## Employer's Statement

| Employer's Name | | Control Number | Suffix | Account | Plan |
|---|---|---|---|---|---|
| Address (include street, city, state and ZIP code) | | EIN | | | |
| | | Percentage of Employee Contribution toward disability premium on a post tax basis: % | | | |
| Employee's Name | | Social Security Number | | | |
| Job Title | | Branch | | | |
| Nature of Occupation (check applicable box): ☐ Light Labor ☐ Heavy Labor | | ☐ Clerical/Administrative | | | |
| Date Hired | Coverage Effective Date | Status of Employee: ☐ Active ☐ Retired | | | |
| Date Last Worked | Was more than a half day completed? ☐ Yes ☐ No | Date of Retirement, if applicable: | | | |
| Reason Why Employee Stopped Working | | | | | |

Basic Earnings for Benefit Calculation
$_____ ☐ Yearly ☐ Monthly ☐ Weekly ☐ Hourly, indicate # of hours per week _____

| Full Salary Continued Through | Partial Salary Continued Through | |
|---|---|---|
| | at % | |
| Is Employee subject to FICA withholding? ☐ Yes ☐ No If "No", indicate reason | | |

Federal Income Tax Withholding based on: ☐ Married ☐ Single ☐ Married, but withhold at higher single rate
Number of Allowances _____ ☐ No W-4 form in file for employee
*Please forward a copy of the signed W-4 form, if applicable.*

## Aetna Group Life Information

| Control Suffix | Claim Account | Plan | Amount of Basic Insurance in Force $ |
|---|---|---|---|
| Control Suffix | Claim Account | Plan | Amount of Supplemental Insurance in Force $ |
| Type of Provision (check one): ☐ Premium Waiver ☐ Lump Sum ☐ PTD/ Installment ☐ DBO-AID ☐ Group Universal Life | | Date Insurance Took Effect / / | Effective Date Insurance Discontinued if Not in Force / / |
| Was Claimant Required to Submit Evidence of Insurability? ☐ No ☐ Yes, give date submitted _____ | | Supplemental Insurance Required Information: Enrollment forms and/or Screen Prints for current year as of date last worked and 2 years prior. | |
| Last Contribution Covered Period Ending *(complete only if claimant contributed part of premium)* | | If Retired, Provide Retirement Date and Copy of Pension Acceptance. | |
| Printed Name of Employer's Authorized Representative | | E-mail Address | |

| Employer's Authorized Representative Signature | Telephone Number | Date |
|---|---|---|
| | | |

**Please be sure to attach or send a detailed job description showing physical requirements or a completed Physical Demands Analysis Worksheet.**

WKAB LTD Only
GC-1420-26 (8-14)                  Page 1 of 2



Claim Number: 21247832

| Employee's Name STEWART, BRIAN | Social Security Number |
|---|---|

### Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

WKAB LTD Only - GC-1420-26 (8-14)

                 **Page 2 of 2**

The Hartford LTaskLetterView



Claim Number: 21247832UPSPO Box 14560Lexington, KY 40512-4560Phone: **1-866-825-0186**Fax: **1-866-667-1987**

## EMPLOYEE REQUEST FOR INFORMATION    Mail this completed form to:

Please select the type of claim being requested:
☐ Short Term Disability
☐ Long Term Disability

This notice should be **completed by Employer and Employee,** using BLUE or BLACK ink, and faxed/mailed to Aetna Life Insurance Company in order to initiate a disability claim. Neither the furnishing of this form, nor its acceptance by the company, shall be construed as an admission of liability or a waiver of any of the provisions of the plan document.

**EMPLOYER INFORMATION** *(To be completed by the Employer.)*

| Employer's Name | | EIN Number |
|---|---|---|

Employer's Street Address

| City | | State | ZIP |
|---|---|---|---|

| Work Location *(If different from the above)* | Supervisor's Name and Telephone Number *(Include Area Code)* |
|---|---|

| Does member have both Aetna Disability and Health Insurance? ☐ No ☐ Yes | Aetna Disability Control Number | Disability Suffix | Disability Account | STD | LTD | Disability Plan |
|---|---|---|---|---|---|---|

**Complete all applicable information.**

| Aetna Health Plan Control Number | Health Plan Suffix | Health Plan Account | Health Plan Summary Code |
|---|---|---|---|

| Employee's Name *(Last, First, Middle Initial)* | Employee Gender ☐ Male ☐ Female | Employee's Social Security Number |
|---|---|---|

| Date of Hire *(MM/DD/YYYY)* | STD Coverage Effective Date *(MM/DD/YYYY)* | LTD Coverage Effective Date *(MM/DD/YYYY)* | Date Last Worked *(MM/DD/YYYY)* | Hours worked on last day worked |
|---|---|---|---|---|

| Employee's Occupation | Occupation is: ☐ Sedentary ☐ Light ☐ Moderate ☐ Heavy | Date Salary continuation was paid through *(MM/DD/YYYY)* |
|---|---|---|

Reason employee ceased work.

| Employee's earnings are: $ _____ ☐ Annually ☐ Monthly ☐ Weekly ☐ Hourly | Number of hours per week |
|---|---|

The portion of the cost of coverage that is paid by the employee with post-tax dollars is non-taxable.
What percentage of the cost of coverage is paid by the employee in this manner?   STD ____%   LTD ____%

If premium deductions are to be withheld please list the amounts *(weekly)*.

| | Medical | Life | Dental | AD&D | Vision | FSA – Health | FSA – Dependent | LTD | Other |
|---|---|---|---|---|---|---|---|---|---|
| Amount | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Pre-tax $ | % | % | % | % | % | % | % | % | % |
| Post-tax $ | % | % | % | % | % | % | % | % | % |

**The following is applicable only if the employee also has group life insurance with Aetna:**

| Basic Life Control Number | Control Suffix | Claim Account | Plan | Amount of Basic Insurance in Force on Date Last Worked $ |
|---|---|---|---|---|

| Supplemental Life Control Number | Control Suffix | Claim Account | Plan | Amount of Supplemental Insurance in Force on Date Last Worked $ |
|---|---|---|---|---|

| Type of Provision *(check one):* ☐ Premium Waiver ☐ DBO-AID ☐ Lump Sum ☐ Group Universal Life ☐ PTD/ Installment | Date Insurance Took Effect |
|---|---|
| | Effective Date Insurance Discontinued if Not in Force |

| Was claimant required to submit Evidence of Insurability? ☐ No ☐ Yes, give date submitted. | Supplemental Insurance Required Information: Enrollment forms and/or Screen Prints for current year as of date last worked and 2 years prior. |
|---|---|
| Last Contribution Covered Period Ending *(complete only if claimant contributed part of premium)* | If Retired, Provide Retirement Date and Copy of Pension Acceptance. |

| Name and telephone number of person providing the above information. | Date *(MM/DD/YYYY)* |
|---|---|

Complete back ➜

CF DT 21-023   WKAB
GC-1502-26 (10-15) **R-POD E**



Page 2

### EMPLOYEE INFORMATION
(To be completed by the Employee.  **Misrepresentation** section on **Page 3 MUST** be signed.)

Employee's Name *(Last, First, Middle Initial)*

Employee's Street Address

City | State | ZIP

Telephone Number | May we leave messages on your answering machine? ☐ No ☐ Yes | Date of birth *(MM/DD/YYYY)*

Date first missed work due to disability *(MM/DD/YYYY)* | Date returned/will return to work *(MM/DD/YYYY)*

What is the nature of your disability *(diagnosis and/or ICD/CPT Code)?*

Were you hospitalized due to this condition?
☐ No
☐ Yes, please provide date you were hospitalized on.

Is this condition work related? ☐ No ☐ Yes | Is this condition the result of an accident? ☐ No ☐ Yes | Is this condition the result of a motor vehicle accident? ☐ No ☐ Yes

What is your occupation?

Briefly describe your job duties

What is your doctor's name?

What is your doctor's address and telephone number?

Has your doctor recommended that you stay out of work because you cannot perform your job at this time?
☐ No
☐ Yes, please provide how long your doctor expects you to remain out of work.
Briefly describe how your condition prevents you from working.

Have you been disabled as a result of this condition before?
☐ No
☐ Yes, please provide when and how long.

Are you receiving any other form of income?
☐ No
☐ Yes, please describe.

Employee's Signature | Date *(MM/DD/YYYY)*

CF DT 21-023   WKAB
GC-1502-26 (10-15)  E



Claim Number: 21247832STEWART, BRIAN

Claim Number: 21247832

Employee Name *(Last, First, Middle Initial)* REQUIRED
STEWART, BRIAN

### Misrepresentation

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

Employee's Signature | Date *(MM/DD/YYYY)*

WKAB
GC-1502-26 (10-15) C
Page 3

Claim Number: 21247832

Claim Number: 21247832BRIAN STEWARTPO Box 14560Lexington, KY 40512-4560

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax
Withholding From Sick Pay**

► Give this form to the third-party payer of your sick pay.
► Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be
withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . | $

Employee's signature ►                  Date ►

─────────── **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ───────────

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . | **1** |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . | **3** |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . | **4** |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . | **6** |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . | **7** |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . | **8** |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . | **9** |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party, and

• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is **not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

For Paperwork Reduction Act Notice, see page 2.        Cat. No. 10226E        Form **W-4S** (2019)

BRIANSTEWARTClaim Number: 21247832



The Hartford TaskLetterView

Form W-4S (2019)                                        Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

**Specific Instructions for Worksheet**

You may use the worksheet on page 1 to estimate the amount of federal income tax you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,400* |
| Head of household . . . . . . . . . . | $18,350* |
| Single or Married filing separately . . . . . . . | $12,200* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind. $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

**Schedule X—Single**

**If line 3 is:**

| Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 510,300 | 46,628.50 + 35% | 204,100 |
| 510,300 | and greater | 153,798.50 + 37% | 510,300 |

**Schedule Z—Head of household**

**If line 3 is:**

| Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | $0 + 10% | $0 |
| 13,850 | 52,850 | 1,385 + 12% | 13,850 |
| 52,850 | 84,200 | 6,065 + 22% | 52,850 |
| 84,200 | 160,700 | 12,962 + 24% | 84,200 |
| 160,700 | 204,100 | 31,322 + 32% | 160,700 |
| 204,100 | 510,300 | 45,210 + 35% | 204,100 |
| 510,300 | and greater | 152,380 + 37% | 510,300 |

**Schedule Y-1—Married filing jointly or Qualifying widow(er)**

**If line 3 is:**

| Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | $0 + 10% | $0 |
| 19,400 | 78,950 | 1,940 + 12% | 19,400 |
| 78,950 | 168,400 | 9,086 + 22% | 78,950 |
| 168,400 | 321,450 | 28,765 + 24% | 168,400 |
| 321,450 | 408,200 | 65,497 + 32% | 321,450 |
| 408,200 | 612,350 | 93,257 + 35% | 408,200 |
| 612,350 | and greater | 164,709.50 + 37% | 612,350 |

**Schedule Y-2—Married filing separately**

**If line 3 is:**

| Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 306,175 | 46,628.50 + 35% | 204,100 |
| 306,175 | and greater | 82,354.75 + 37% | 306,175 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue

law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Claim Number: 21247832**



UPSClaim Number: 21247832Claim Number: 21247832 PO Box 14560Lexington, KY 40512-4560Fax #: 1-866-667-1987

# Reimbursement Agreement (LTD)

Complete and sign the form using BLUE or BLACK ink.

Aetna Life Insurance Company (Aetna) has contracted with my employer _____
to administer the LTD plan under which I am a covered employee.

If my application for Long Term Disability ("LTD") benefits is approved, in consideration of the payment of LTD
benefits without reduction on account of other benefit payments to which I or my eligible dependents may
become entitled under the United States Social Security Act or from any of the other income sources
described in the LTD policy, I hereby agree to reimburse Aetna for any and all overpayments made to me
under the LTD policy or any short term disability plan provided by employer. I understand that Aetna agrees to
make payment in this manner in consideration of my agreement to promptly notify Aetna of the amounts and
effective dates of any such benefits, and to promptly repay same. This reimbursement is applicable whether
said amounts are paid by formal award, informal compromise, settlement, redemption agreement, or
otherwise, regardless of the term used to describe such payment under applicable law. This includes any
overpayments made due to administrative error, early return to work, adjustment of the benefit begin date,
incorrect salary, or any other overpayment reason. Further, I agree that any benefits due me, my
beneficiaries, heirs, executors, administrators or assigns under the LTD policy may be applied to any
outstanding overpayment whether resulting from retroactive award of Social Security or any other income
benefits as described in the LTD policy.

With respect to any group life insurance coverage provided me by Aetna and in consideration of the foregoing,
I hereby assign to Aetna, as creditor beneficiary, an amount of such group life insurance equal to the amount
of any overpayment which may be outstanding under the LTD policy at the time of death.

_____
Signature of Employee/Authorized Representative

_____
Date *(MM/DD/YYYY)*

Employee Gender ☐ Male   ☐ Female
_____

_____
Claim Number

_____
Year of Birth:

Mail this completed form to:   **Aetna Life Insurance Company**

**MI  DT 48-008 Insured    WKAB-Generic**
GC-1589-5 (10-16)







**PO Box 14560**
**Lexington, KY 40512-4560**

Phone: 1-866-825-0186
Fax: 1-866-667-1987

March 6, 2020

BRIAN STEWART
P.O. BOX 54 985-318-4401
ALBANY LA - 70711



Group Control No:        0863204

| Employer: | UPS |
| Employee: | MR. BRIAN STEWART |
| Disability Claim Case No: | 21247832 |

Dear Brian Stewart:

The UPS LTD group policy is underwritten by Aetna Life Insurance Company (Aetna).

Your application for LTD benefits is currently being reviewed in our office.

As part of the review process, we will be gathering information to help us evaluate your disability claim. The Disability Benefits Manager assigned to your file will be working to determine your eligibility for LTD benefits. By responding promptly to requests from your Disability Benefits Manager, you will help us evaluate your claim quickly and thoroughly. We will advise you of the status of your disability claim after we have received all of the information necessary to make a benefit determination.

Please be aware that your LTD policy contains an offset provision which stipulates that your benefits are reduced by any other disability or retirement income you receive, such as Social Security Disability Income, State Disability or Workers Compensation. It is important for you to notify our office if you receive these benefits.

In accordance with the authority of sections 503 and 505 of the Employee Retirement Income Security Act of 1974 ,(ERISA or the Act, we will provide you with a final benefit determination within a reasonable period of time, but not later than 45 days after receipt of the claim. This period may be extended for up to 30 days, if we determine that such an extension is necessary due to matters beyond our control. If this situation should arise, we will notify you, in writing prior to the expiration of the initial 45-day period, of the circumstances requiring the extension of time and the date by which we expect to render a decision. If, prior to the end of the first 30-day extension period, we determine that, due to matters beyond our control, a decision cannot be rendered within that extension period, the period for making the determination may be extended for up to an additional 30 days, provided we notify you again, in writing, prior to the expiration of the first 30-day extension period, of the circumstances requiring the extension and the date as of which the we expect to render a decision. In the case of any extension our notification to you will specifically explain the standards on which the need for the extension is based, the unresolved issues that prevent a decision on the claim, and the additional information needed to resolve any outstanding issues.

For questions about this letter or your claim, you can call us at **1-866-825-0186**.

Sincerely,

JULIA TRUONG
Senior Ability Analyst
Aetna Life Insurance Company



PO Box 14560
Lexington, KY 40512-4560
1-866-825-0186

**Medical Information Request**

| To: Dr. Gregory Allen | From: Aetna Disability |
| Employer: UPS | Date: 03/06/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 1-866-667-1987 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 1-866-825-0186 |
| Re: MR. BRIAN STEWART | |
| Date of Birth: █████ | |

** REQUEST FOR MEDICAL INFORMATION **

Your patient has requested Disability benefits for an absence from work beginning on 9/3/2019. Medical documentation is required to support your patient's request. Please fax the following information below from  Beginning of month: 9/2019 to present date:  :

o    Operative or Procedural Notes
o    Office Notes with physical examination findings
o    Physical Therapy/Occupational Therapy notes
o    Diagnostic test results
o    Outline of treatment plan
o    Medications and any side effects

In addition, please indicate if the patient is able to return to work with restrictions (hourly or physical). The patient's employer may be able to accommodate the restrictions and help them return to work.

Make sure the claim number 21247832 is included on each page.

Do you need documentation that your patient has authorized you to release information to us?  We have forms for that available on our online portal.  Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

*Please note: The information requested is essential to consider 'authorization of short term disability benefits' for the patient. No benefits (wage replacement) will be authorized without this information.*

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.
The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

**REDACTED**

03/05/2020 THU 13:19 FAX 985 386 6223 ALLEN'S FAMILY PRACTICE     ☑012/019

Claim Number: 21247832

## aetna

**Authorization to Share and Use Medical Information**

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): my employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than as intended (as stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not affect how they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial or request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | [REDACTED] |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-89211 (2.17) B       R-POD

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700I TimeStamp: 02:20:32 pm EST

---

[[EMAILSUBJECT: Action Needed - LTD Disability Verification, LAHAM, EE: BRIAN STEWART, Employee ID: 0529475, DIV:0744, CLAIM #:21247832]]

**UPS MANAGER/SUPERVISOR**, it is YOUR responsibility to **reply directly to this email within 24 hours by choosing Reply All when sending your response**. If the information you are being asked to confirm is correct, simply type "correct" in the space provided. If the information is incorrect, provide a complete explanation of what is incorrect. Lack of your complete and timely response may negatively impact the employee's disability benefit decision and/or payment (this could result in no payment or an overpayment).

o If this email states that the request is due to a UPS work related injury or illness, please ensure the employee follows the process to file a worker's compensation claim IMMEDIATELY - without a w/c vendor decision Aetna cannot proceed with disability benefits.

o If the employee is not in your work group or you are now responsible for a different work group, forward this email to their current supervisor and correct your hierarchy in GEMS. **Failing to take action may negatively impact this employee's compensation and benefits.**

o Contact me at 1-866-825-0186 if you have any questions regarding this message. Our standard hours of operation are Monday through Friday between the hours of 8am and 8pm EST.

**\*\*\*PLEASE RESPOND DIRECTLY TO THIS EMAIL ADDRESS\*\*\***

Client Name: UPS
EE Name: BRIAN STEWART
Work State: Louisiana
Pref Cont #: 985/318-4401
Claim Number: 21247832
Plan: UPS National LTD Plan

**THIS IS TO INFORM YOU THAT BRIAN STEWART REPORTED A LONG TERM DISABILITY CLAIM TO AETNA ON 02/11/2020 FOR A DISABILITY BEGINNING 9/4/2019. CAN YOU PLEASE CONFIRM AND/OR PROVIDE THE FOLLOWING INFORMATION BY 03/11/2020?**

REDACTED

Date of Hire: 01/03/1989

STD Coverage Effective Date: N/A

STD Start Date: N/A

LTD Coverage Effective Date: 04/01/2009

Reason Employee Ceased Work:

Date of Retirement, if applicable:

Confirm EE's First Date of Absence: 09/04/2019

Confirm EE's Last Scheduled Work Date: 09/03/2019

Was more than a half day completed?

What date did the Employee's payroll stop?

Is this disability work related:

If Yes or Unknown: Please work with your Employee to ensure this claim gets reported

WC Status Date of Loss:
_____ Unknown
_____ Accepted
_____ Accepted, No Lost Time (NLT)
_____ Controverted
_____ Denied
_____ Settled
_____ Max Benefits
_____ Pended
_____ Maximum Medical Improvement (MMI)

What is the EE's current work status? (Select one)

_____ At Work

_____ Not at Work


If At Work: Confirm EE return to Work Date: _____

If At Work: Did the employee return full hours? _____

If At Work: Does the employee have any restrictions? _____

If Yes: Complete Restrictions/Comments:



What is the Employee's work schedule? (Please make selection)

_____ Full Time

_____ Days

_____ Nights

_____ Part Time If part time, Indicate hours per week _____

_____ Evenings

_____ Rotating shifts


Number of hours normally worked per week:

Has the employee given you an expected return to work date? _____

If Yes: Confirm expected return to work date _____

Confirm EE's job title at time of disability _____ Package Driver pg. 31 _____

Please note this is not a link.  Please copy and paste this address into your web browser in order to access the UPS website.
https://08winwfs.inside.ups.com/compliance/LEGAL/workpapers/2018/2018%20Essential%20Job%20Functions%20(EJFs).pdf
Note I.S. Manager will select information Services Management from page 54.

What are the physical requirements of the EE's job? (please make selection)

D0101   37/324

_____ Light Work

_____X_____ Heavy Work

_____ Medium work

_____ Sedentary Work

_____ Very Heavy Work

Have any Job Duty Accommodations or Restrictions been made prior to the disability? _____

If Yes: What are the restrictions? _____

If Yes: Are the restrictions permanent? _____

If you have any questions or comment, please list in the space provided:

We anticipate a claim decision on or before: 04/17/2020

Claim owner Name: JULIA TRUONG
Claim owner Phone: **1-860-900-3889**
Claim owner Fax: 1-866-667-1987
Claim owner Email: ADS-UPSWKAB@AETNA.com

**aetna**®                                    

PO Box 14560
Lexington, KY 40512-4560

Phone: 1-866-825-0186
Fax: 1-866-667-1987

March 9, 2020

BRIAN STEWART
P.O. BOX 54 985-318-4401
ALBANY LA - 70711

Dear Brian Stewart:

**We need information**
Our records show that we don't have an Authorization for Disclosure of your Psychotherapy Notes form on file for you. We've attached the form for you to complete. This form lets your doctor send us your medical information. If you don't sign and send the form back, it may take us longer to get what we need to continue your Long-Term Disability benefits (claim # 21247832). You should also give a copy to your doctor.

**Let's work together**
You can help us by:

- Completing the Authorization for Disclosure of your Psychotherapy Notes form and making sure your doctor has a copy
- Faxing the form to us at **1-866-667-1987** or mailing it to:

  Aetna Life Insurance Company
  PO Box 14560
  Lexington, KY 40512-4560

**We're here to help you**
For questions about this letter or your claim, you can call us at **1-866-825-0186**. You can also visit us at www.aetnadisability.com

Sincerely,

JULIA TRUONG
Senior Ability Analyst
Aetna Life Insurance Company

Enclosures:
Return Envelope
Patient Authorization for Disclosure of Psychotherapy Notes

**aetna®**

Claim Number: 21247832PO Box 14560Lexington, KY 40512-4560Phone: **1-866-825-0186**Fax: **1-866-667-1987**

Aetna Life Insurance Company

## Patient Authorization for
## Disclosure of Psychotherapy Notes

When signed and dated by you, this form authorizes your mental health care provider to disclose psychotherapy notes to the person(s) identified below. *Psychotherapy notes are notes recorded by your mental health care provider that (i) document or analyze his/her conversations with you during private, group or family counseling sessions, and (ii) are maintained by your mental health care provider separately from the rest of your medical records.*

| Last Name | | First Name | | Middle Initial |
|---|---|---|---|---|
| Claim Number | | Year of Birth | Daytime Telephone Number *(include area code)* | |
| Street Address | | City, State and ZIP | | |

I, _____ hereby authorize _____ to disclose the
    (print name)                         (print name of mental health provider)
psychotherapy notes identified below to **Aetna Life Insurance Company and its affiliates ("Aetna")**. This authorization is for the disclosure of psychotherapy notes only. However, I understand that such notes may contain information on general medical care or treatment for substance abuse, information about acts of domestic abuse, or HIV/AIDS or other communicable or sexually-transmitted diseases, including any such treatment that may have been provided by other health care providers.

The purpose of this disclosure is to provide documentation for my claim for disability benefits and for the administration, performance evaluation, and management of my disability plan.

The psychotherapy notes to be disclosed are for the following dates of service (can be specific dates of service or a range of dates):

_____ _____ _____ _____
_____ _____ _____ _____

I understand and agree as follows:

1. I may revoke this authorization at any time by written notice to:
Aetna Life Insurance Company

    Any such revocation shall not apply to psychotherapy notes I authorized for disclosure prior to the date of my revocation.

2. This authorization is effective as of the date signed below and will remain in effect until the earlier of the date all of the psychotherapy notes identified above have been disclosed or ___/___/20___ (must be 1 year or less after the date signed below).

3. My medical care or treatment is not conditioned on signing this authorization. However, the failure to sign may affect Aetna's ability to evaluate and process my claim for disability benefits and may be a basis for denying my claim.

4. **Aetna may re-disclose information from my psychotherapy notes to others involved in my claim for disability benefits** (for example, Aetna affiliates or my below-named employer or it's benefit plan or claims administrator(s), their related companies, auditors, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, and managing the plan or my claim) without my knowledge or consent, and therefore the privacy of such notes may no longer be protected by law. Termination of this authorization shall not affect re-disclosure of psychotherapy notes I authorized for disclosure prior to the date of termination.

**NOTE TO INSURED INDIVIDUALS IN NEW MEXICO:** Aetna may receive confidential abuse information from persons other than you or the protected person. Aetna is prohibited by law from using confidential abuse status as a basis for denying, refusing to issue, renew or reissue or canceling or otherwise terminating a policy, restricting or excluding coverage or benefits of a policy or charging a higher premium for a policy. You have the right to access and correct all confidential abuse information Aetna receives. Upon request, we will provide you full notice of the information prescribed in 13 NMAC 7.5.8 [13.7.5.8 NMAC]. If you wish to be a protected person, you may notify Aetna at the address listed on the first page of this Authorization.

**NOTE TO MENTAL HEALTH PROVIDER:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for psychotherapy notes. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| Employer's Name | |
|---|---|
| Claimant's Name (Print) | Date |
| Claimant's or Legal Representative's Signature | Legal Representative's Name and Relationship |

WKAB-ACS Only
GR-68749 (6-13) C                                                    R-POD







PO Box 14560
**Lexington, KY 40512-4560**

Phone: 1-866-825-0186
Fax: 1-866-667-1987

**March 12, 2020**

BRIAN STEWART
P.O. BOX 54 985-318-4401
ALBANY LA - 70711

Dear Brian Stewart:

The UPS group (Policy) are underwritten by Aetna Life Insurance Company (Aetna).

As part of the LTD claim evaluation process, an ongoing telephone interview must be conducted. We have attempted to contact you on 03/10/2020, 03/11/2020 and 03/12/2020 however we have not been successful in reaching you. The telephone number we have on file for you is 985/318-4401. If you wish to continue your LTD benefits, please contact our office immediately so we may complete this required interview.

Your plan states the following regarding disability:

From the date that you first became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:
-You cannot perform the material duties of your own occupation solely because of an illness, injury or disabling pregnancy-related condition; and
-Your earnings are 100% or less of your adjusted predisability earnings.

-After the first 24 months of your disability that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any reasonable occupation solely because of an illness, injury or disabling pregnancy-related condition.

Important Note
The loss of a professional or occupational license or certification that is required by your own occupation does not
mean you meet the test of disability. You must meet the plan's test of disability to be considered disabled.

You will no longer be considered as disabled nor eligible for long term monthly benefits when the first of the following occurs:
-The date you no longer meet the LTD test of disability, as determined by Aetna.
-The date you are no longer under the regular care of a physician.
-The date Aetna finds you have withheld information about working, or being able to work, at a reasonable occupation.
-The date you fail to provide proof that you meet the LTD test of disability.
-The date you refused to be examined by or cooperate with an independent physician or a licensed and certified health care practitioner, as requested. Aetna has the right to examine and evaluate any person who is the basis of your claim at any reasonable time while your claim is pending or payable. The examination or evaluation will be
done at Aetna's expense.
-The date an independent medical exam report or functional capacity evaluation does not, in Aetna's opinion, confirm that you are disabled.
-The date you reach the end of your Maximum Benefit Duration, as shown in the Schedule of Benefits.
-The date you are not receiving effective treatment for alcoholism or drug abuse, if your disability is caused (in whole or part) by alcoholism or drug abuse.
-The date you refuse to cooperate with or accept:
-Changes to your work site or job process designed to suit your identified medical limitations; or
  -Adaptive equipment or devices designed to suit your identified medical limitations; which would   allow you to work at your own occupation or a reasonable occupation (if you are receiving benefits for being unable to work any reasonable occupation) and provided that a physician agrees that such changes, adaptive devices or equipment suit your particular medical limitations.
-The date you refuse any treatment recommended by your attending physician that, in Aetna's opinion, would cure, correct or limit your disability.
-The date your condition would permit you to:
     -Work; or
     -Increase the hours you work; or
     -Increase the number or type of duties you perform in your own occupation but you refuse to do so.
-The date of your death.
-The day after Aetna determines that you can participate in an approved rehabilitation program and you refuse to do so.

If we do not hear from you within 30 days from the date of this letter,  your LTD benefits may be denied or  terminated for non-compliance.

Call us if that's easier.  You can reach us at **1-860-900-3889.**

Sincerely,

Julia Truong
Senior Ability Analyst
Aetna Life Insurance Company



PO Box 14560
Lexington, KY  40512-4560
1-866-825-0186

**Medical Information Request**

| To:  Dr. Gregory Allen | From: Aetna Disability |
|---|---|
| Employer: UPS | Date: 03/26/2020 |
| Fax Number: 9853866223 | Sender's Fax Number:  1-866-667-1987 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 1-866-825-0186 |
| Re: MR. BRIAN STEWART | |
| Date of Birth: ▓▓▓▓▓▓ | |

**\*\* REQUEST FOR MEDICAL INFORMATION \*\***

Your patient has requested Long-Term Disability benefits for an absence from work beginning on 09/04/2019. Medical documentation is required to support your patient's request. Please complete the attached Attending Provider Statement. However, this may not be enough information to authorize benefits so please provide the following information from 3/2020- present, as available:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results
o   Outline of treatment plan
o   Medications and any side effects

Please fax by 4/1/2020

In addition, please indicate if the patient is able to return to work with restrictions (hourly or physical). The patient's employer may be able to accommodate the restrictions and help them return to work.

**REDACTED**

D0104