Make sure the claim number 21247832 is included on each page.

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

*Please note: The information requested is essential to consider 'authorization of short term disability benefits' for the patient. No benefits (wage replacement) will be authorized without this information.*

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.
The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

Attending Physician Statement
Capabilities and Limitations Worksheet

03/05/2020 THU 13:19 FAX 985 386 6223 ALLEN'S FAMILY PRACTICE     ☑012/018

Claim Number: 21247832

**aetna®**   Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representative, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the pain or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than as intended use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of that individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | ▮▮▮▮▮▮▮ |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68211 (2-17) S     R-POD

DCN: 200505680755 Page: 023 SEQUENCE: SWF0305202004437001 TimeStamp: 02:20:32 pm EST

**REDACTED**



Claim Number: 21247832PO Box 14560Lexington, KY 40512-45601-866-825-01861-866-667-19871-866-825-0186

## Attending Physician Statement
Aetna Life Insurance Company
**Complete and sign the form using BLUE or BLACK ink.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or a family member receiving assistive reproductive services. *Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.*

**1. Patient Instructions –**   The Physician will complete Sections 2 through 7.
                                The Patient will complete Sections 1 and 8.
                                The Patient should also fill in their name at the top of Pages 2 and 3.

The *Patient* is responsible for completing this section and for ensuring that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** .

(a) Control Number _____
(b) _____ / _____ / _____ / _____
    Patient Name (Last, First, Middle Initial)   Social Security Number   Year of Birth   Height   Weight (lbs)
(c) Patient Gender ☐ Male   ☐ Female
(d) _____
    Patient Home Address – Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New
(e) Mailing Address, if different from Home Address _____
(f) Patient Employer Name/City/State _____
(g) Patient Telephone Number _____   ☐ **Check if New**
(h) Job Title/Occupation _____
(i) Type of Claim:   ☐ Short Term Disability   ☐ Long Term Disability   ☐ Waiver of Premium
                     ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The **Attending Physician** should **complete the items below**, based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call . **Pages 2 and 3 MUST be completed before faxing.**
**Please complete form in its entirety and fax to** .

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning** on _____ **and ending on** _____ .
    (MM/DD/YYYY)                    (MM/DD/YYYY)
(b) Primary Diagnosis _____   Primary ICD Code _____
    Secondary Diagnosis _____   Secondary ICD Code _____
    Other Diagnoses _____   Other ICD Codes _____
(c) Height _____   Weight _____   Date Measured (MM/DD/YYYY) _____
(d) If Pregnancy related, delivery or expected due date   Month _____   Day _____   Year _____
    Delivery Type: ☐ Vaginal ☐ Cesarean
(e) Surgery Date ..................................................   Month _____   Day _____   Year _____
    Primary Procedure _____   Primary CPT Code _____
    Secondary Procedure _____   Secondary CPT Code _____
    Other Procedures _____   Other CPT Codes _____
(f) Medication(s)/Dose/Frequency _____

    Impairment from medication effects _____
(g) Is patient still under your care for this condition? ☐ Yes   ☐ No   Date service terminated _____
                                                                                        (MM/DD/YYYY)
(h) Treatment Summary _____
(i) Office Visit Dates: First _____   Last _____   Next _____   Frequency of appointments _____
                       (MM/DD/YYYY)       (MM/DD/YYYY)   (MM/DD/YYYY)
(j) Was patient recently hospitalized? ☐ No ☐ Yes   Date hospitalized: Admit _____   Discharge _____
                                                                       (MM/DD/YYYY)                (MM/DD/YYYY)
(k) Hospital Name/City/State _____

**WKAB**
GC-1486-17 (6-15) **PTD**



Page 2

Patient Name *(Last, First, Middle Initial)* **Required** _____

### 4. History

(a) Symptoms: _____

(b) Date symptoms first appeared or accident happened    Month _____ Day _____ Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes   State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State _____

Name _____ Specialty _____ City _____ State _____

### 5. Abilities/Limitations

(a) **Patient is:** Place remarks in item (d) below, if applicable.

- Competent to endorse checks and direct the use of proceeds thereof .... ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to work with others ........................................................ ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to give supervision ........................................................ ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ................ ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to do? **Select one:** Place remarks in item (d) below, if applicable.
  - ☐ **Heavy work** activity. No limitations of functional capacity.
  - ☐ **Medium work** activity. Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity. Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity. Moderate limitation of functional capacity. Exerting up to 10 pounds of force occasionally. (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.** Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.** Place remarks in item (d) below.

(b) What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

- Number of Hours patient is capable of working in a day: ☐ 12 ☐ 10 ☐ 8 ☐ 6 ☐ 4 ☐ 2 ☐ 1 Hour/Day
- Number of Days per week patient is able to work: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 Days/Week
- Date you prescribed restriction on work activities:   Month _____ Day _____ Year _____
- How long are these restrictions/limitations in effect? _____ _____ _____ ☐ No Longer
      Days   Weeks   Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
     (MM/DD/YYYY)      (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

(d) Other/Comments _____

### 6. Current Status

(a) Patient has   ☐ Improved   ☐ Stabilized   ☐ Regressed   ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
☐ No   ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

### 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

WKAB
GC-1486-17 (6-15) **PTD**

Claim Number: 21247832

||||||||||| *(barcode)*

Claim Number: 21247832

Patient Name *(Last, First, Middle Initial)* **Required**
STEWART, BRIAN

### 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

WKAB         Page 3
GC-1486-17 (6-15) **PTD**

||||||||||| *(barcode)*



Claim Number: 21247832 STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Phone: 1-866-825-0186 Fax: 1-866-667-1987

## Capabilities and Limitations Worksheet

Aetna Life Insurance Company

Complete and sign the form using BLUE or BLACK ink.

| Employee Name (Last, First, Middle Initial) | Social Security Number/Employee ID Number | Year of Birth |
|---|---|---|

| Gender ☐ Male ☐ Female | Job Title | Control Number |
|---|---|---|

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**)ccasional 1-33% or .5-2.5 hrs.  (**F**)requent 34-66% or 2.6-5.0 hrs.  (**C**)ontinuous 67-100% or 5.1-8 hrs. or (**N**)ever:

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing - | ☐ | ☐ | ☐ | ☐ | Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion __R__L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting __R__L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing __R__L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping __R__L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking __R__L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

| Limitations to: | Exposure Limitations: | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|
| Speaking _____ hrs. | Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Vision (explain) _____ | Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Depth Perception _____ | Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Hearing (explain) _____ | Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐  8 ☐  6 ☐  4 ☐  2 ☐

Duration of restrictions: _____  Care Complete: Yes ☐  No ☐  Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

WKAB
GC-1500-26 (12-14)                                                Page 1 of 2

Claim Number: 21247832

| Employee Name (Last, First Middle Initial) Required |
|---|
| STEWART, BRIAN |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB- GC-1500-26 (12-14)                    Page 2 of 2



PO Box 14560
Lexington, KY 40512-4560
1-866-825-0186

### Medical Information Request

| To: Dr. James Carider | From: Aetna Disability |
|---|---|
| Employer: UPS | Date: 03/20/2020 |
| Fax Number: 9858929957 | Sender's Fax Number: 1-866-667-1987 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 1-866-825-0186 |
| Re: MR. BRIAN STEWART | |
| Date of Birth: | |

**\*\* REQUEST FOR MEDICAL INFORMATION \*\***

Your patient has requested Long-Term Disability benefits for an absence from work beginning on 09/04/2019. Medical documentation is required to support your patient's request. Please complete the attached Attending Provider Statement. However, this may not be enough information to authorize benefits so please provide the following information from 1/2020- present, as available:

o    Operative or Procedural Notes
o    Office Notes with physical examination findings
o    Physical Therapy/Occupational Therapy notes
o    Diagnostic test results
o    Outline of treatment plan
o    Medications and any side effects

Please fax by 3/27/2020

In addition, please indicate if the patient is able to return to work with restrictions (hourly or physical). The patient's employer may be able to accommodate the restrictions and help them return to work.

Make sure the claim number 21247832 is included on each page.

Do you need documentation that your patient has authorized you to release information to us? We have forms for that available on our online portal. Either you or your patient can go to www.aetnadisability.com to download an authorization form and print it out.

***Please note:*** *The information requested is essential to consider 'authorization of short term disability benefits' for the patient. No benefits (wage replacement) will be authorized without this information.*

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.
The information contained in this document is CONFIDENTIAL. If you have received this in error, please fax immediately to 1-866-667-1987. Thank you.

Enclosed:

Attending Physician Statement
Capabilities and Limitations Worksheet

**REDACTED**

03/05/2020 THU 13:19  FAX 985 386 6233  ALLEN'S FAMILY PRACTICE    012/019

Claim Number: 21247832

# aetna®
## Authorization to Share and Use
## Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax:1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than its intended use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefits Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENT(S) OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2 - 24 - 20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68211 (2-17) S          R-POD



DCN: 200505680755 PAGE: 023 SEQUENCE: SWF0305202001437001  TimeStamp: 02:20:32 pm EST

REDACTED



Claim Number: 21247832PO Box 14560Lexington, KY 40512-45601-866-825-01861-866-667-19871-866-825-0186

## Attending Physician Statement
Aetna Life Insurance Company
**Complete and sign the form using BLUE or BLACK ink.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or a family member receiving assistive reproductive services. ***Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.***

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Sections 1 and 8.
The Patient should also fill in their name at the top of Pages 2 and 3.

The **Patient** is responsible for completing this section and for ensuring that **their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call** .

(a) Control Number _____
(b) _____ / _____ / _____ / _____
    Patient Name (Last, First, Middle Initial)   Social Security Number   Year of Birth   Height   Weight (lbs)
(c) Patient Gender ☐ Male  ☐ Female
(d) _____
    Patient Home Address - Required (Current No., Street, Town, State, ZIP – no PO boxes) ☐ Check if New
(e) Mailing Address, if different from Home Address _____
(f) Patient Employer Name/City/State _____
(g) Patient Telephone Number _____    ☐ **Check if New**
(h) Job Title/Occupation _____
(i) Type of Claim: ☐ Short Term Disability  ☐ Long Term Disability  ☐ Waiver of Premium
    ☐ Long Term / Permanent Total Disability

## 2. Physician Instructions

The **Attending Physician** should **complete the items below**, based upon a **recent examination.** Attach additional documentation as needed. If you have any questions, please call . 
**Please complete form in its entirety and fax to** . **Pages 2 and 3 MUST be completed before faxing.**

## 3. Impairing Diagnosis & Treatment

(a) **For medical reasons, the patient will need to be absent from work due to a disability beginning**
    **on** _____ **and ending on** _____ .
    (MM/DD/YYYY)    (MM/DD/YYYY)
(b) Primary Diagnosis _____    Primary ICD Code _____
    Secondary Diagnosis _____    Secondary ICD Code _____
    Other Diagnoses _____    Other ICD Codes _____
(c) Height _____    Weight _____    Date Measured (MM/DD/YYYY) _____
(d) If Pregnancy related, delivery or expected due date   Month _____  Day _____  Year _____
    Delivery Type: ☐ Vaginal  ☐ Cesarean
(e) Surgery Date ................................    Month _____  Day _____  Year _____
    Primary Procedure _____    Primary CPT Code _____
    Secondary Procedure _____    Secondary CPT Code _____
    Other Procedures _____    Other CPT Codes _____
(f) Medication(s)/Dose/Frequency _____
    Impairment from medication effects _____
(g) Is patient still under your care for this condition? ☐ Yes  ☐ No  Date service terminated _____
    (MM/DD/YYYY)
(h) Treatment Summary _____
(i) Office Visit Dates: First _____ Last _____ Next _____ Frequency of appointments _____
    (MM/DD/YYYY)  (MM/DD/YYYY)  (MM/DD/YYYY)
(j) Was patient recently hospitalized? ☐ No ☐ Yes  Date hospitalized: Admit _____ Discharge _____
    (MM/DD/YYYY)  (MM/DD/YYYY)
(k) Hospital Name/City/State _____

**WKAB**
GC-1486-17 (6-15) **PTD**



Page 2

Patient Name *(Last, First, Middle Initial)* **Required**

## 4. History

(a) Symptoms: _____

(b) Date symptoms first appeared or accident happened      Month _____ Day _____ Year _____

(c) Has patient ever had same or similar condition? ☐ No   ☐ Yes  State when and describe.

(e) Is condition due to injury or sickness arising out of patient's employment? ☐ No   ☐ Yes   ☐ Unknown

(f) Other Treating Physicians

Name _____ Specialty _____ City _____ State _____

Name _____ Specialty _____ City _____ State _____

## 5. Abilities/Limitations

(a) **Patient is:** Place remarks in item (d) below, if applicable.

- Competent to endorse checks and direct the use of proceeds thereof .... ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to work with others ................................................ ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to give supervision ................................................ ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting ............... ☐ Yes ☐ No ☐ Other/describe in (d)
- Able to do? **Select one:** Place remarks in item (d) below, if applicable.
  - ☐ **Heavy work** activity.  No limitations of functional capacity.
  - ☐ **Medium work** activity.  Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly.
  - ☐ **Light work** activity.  Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently.
  - ☐ **Sedentary work** activity.  Moderate limitation of functional capacity.  Exerting up to 10 pounds of force occasionally.  (Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.)
  - ☐ **No ability to work.**  Severe limitation of functional capacity; incapable of minimal activity.
  - ☐ **Other.**  Place remarks in item (d) below.

(b) What medical restrictions/limitations are you placing on patient? *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* _____

_____

- Number of Hours patient is capable of working in a day: ☐ 12 ☐ 10 ☐ 8 ☐ 6 ☐ 4 ☐ 2 ☐ 1 Hour/Day
- Number of Days per week patient is able to work: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 Days/Week
- Date you prescribed restriction on work activities:  Month _____ Day _____ Year _____
- How long are these restrictions/limitations in effect? _____ _____ _____ ☐ No Longer
                                                          Days  Weeks  Months
- Estimated return to work date? _____ Modified Duty _____ Full Duty
                                (MM/DD/YYYY)              (MM/DD/YYYY)

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination and other testing)* _____

(d) Other/Comments _____

## 6. Current Status

(a) Patient has  ☐ Improved  ☐ Stabilized  ☐ Regressed  ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
☐ No  ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? _____

## 7. Physician Information

| Attending Physician's Name *(Print)* | Degree | Specialty |
|---|---|---|
| Address *(No. Street, City, State, ZIP Code)* | Telephone Number | Fax Number |
| **Signature** | | **Date** *(MM/DD/YYYY)* |

WKAB
GC-1486-17 (6-15) **PTD**

Claim Number: 21247832



Claim Number: 21247832

Patient Name *(Last, First, Middle Initial)* **Required**
STEWART, BRIAN

## 8. Regulation Notice

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

WKAB                              Page 3
GC-1486-17 (6-15) **PTD**



Claim Number: 21247832 STEWART, BRIAN 0863204 PO Box 14560 Lexington, KY 40512-4560 Phone: **1-866-825-0186** Fax: **1-866-667-1987**

## Capabilities and Limitations Worksheet

Aetna Life Insurance Company

Complete and sign the form using BLUE or BLACK ink.

| Employee Name (Last, First, Middle Initial) | | Social Security Number/Employee ID Number | Year of Birth |
|---|---|---|---|

| Gender ☐ Male ☐ Female | Job Title | | Control Number |
|---|---|---|---|

| Current Diagnosis | Medications: |
|---|---|

Indicate the percent of the day the following activities can be performed:

(**O**)ccasional 1-33% or .5-2.5 hrs. (**F**)requent 34-68% or 2.6-5.0 hrs. (**C**)ontinuous 67-100% or 5.1-8 hrs. or (**N**)ever)

| | O | F | C | N | | O | F | C | N |
|---|---|---|---|---|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☐ | Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ | Firm Hand Grasping __R__L | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ | Fine Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ | Gross Manipulation __R__L | ☐ | ☐ | ☐ | ☐ |
| Pulling | ☐ | ☐ | ☐ | ☐ | Repetitive Motion __R__L | ☐ | ☐ | ☐ | ☐ |
| Pushing | ☐ | ☐ | ☐ | ☐ | Sitting __R__L | ☐ | ☐ | ☐ | ☐ |
| Reaching above shoulder | ☐ | ☐ | ☐ | ☐ | Standing __R__L | ☐ | ☐ | ☐ | ☐ |
| Forward reaching | ☐ | ☐ | ☐ | ☐ | Stooping __R__L | ☐ | ☐ | ☐ | ☐ |
| Carrying | ☐ | ☐ | ☐ | ☐ | Walking __R__L | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ | Other _____ | ☐ | ☐ | ☐ | ☐ |
| Twisting | ☐ | ☐ | ☐ | ☐ | | | | | |

Maximum weight patient is capable of lifting:

| | O | F | C | N |
|---|---|---|---|---|
| 1 - 5 lbs. | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 - 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 - 35 lbs. | ☐ | ☐ | ☐ | ☐ |
| 36 - 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 - 75 lbs. | ☐ | ☐ | ☐ | ☐ |
| 75 - 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| 100 lbs. + | ☐ | ☐ | ☐ | ☐ |

Approved Head and Neck Movements:

| | Yes | No |
|---|---|---|
| Static Position | ☐ | ☐ |
| Frequent Flexing | ☐ | ☐ |
| Frequent Rotation | ☐ | ☐ |

Can the Patient operate:

| | Yes | No |
|---|---|---|
| A Motor Vehicle | ☐ | ☐ |
| Hazardous Machine | ☐ | ☐ |
| Power Tools | ☐ | ☐ |

| Limitations to: | | Exposure Limitations: | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|
| Speaking _____ hrs. | | Heat | ☐ | ☐ | Dust | ☐ | ☐ |
| Vision (explain) _____ | | Cold | ☐ | ☐ | Fumes | ☐ | ☐ |
| Depth Perception _____ | | Dampness | ☐ | ☐ | Chemicals | ☐ | ☐ |
| Hearing (explain) _____ | | Noise | ☐ | ☐ | Radiation | ☐ | ☐ |

Total # of hours patient capable of working per day: 12 ☐   8 ☐   6 ☐   4 ☐   2 ☐

Duration of restrictions: _____   Care Complete: Yes ☐   No ☐   Next Appointment: _____

Additional Comments: _____

| Physician's Signature | Date (MM/DD/YYYY) |
|---|---|

| Physician Name | Specialty |
|---|---|

| Phone Number | Fax Number |
|---|---|

| Address | |
|---|---|

WKAB
GC-1500-26 (12-14)                                                                 Page 1 of 2

Claim Number: 21247832

| Employee Name (Last, First Middle Initial) Required |
|---|
| STEWART, BRIAN |

**Misrepresentation**

Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Attention Louisiana Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application is guilty of a crime and may be subject to fines and confinement in prison.

| Employee's Signature | Date (MM/DD/YYYY) |
|---|---|

WKAB- GC-1500-26 (12-14)                    Page 2 of 2



PO Box 14869
Lexington, KY 40512
866-825-0186

**Medical Information Request**

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 03/30/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth ████████ | |

**\*\* REQUEST FOR MEDICAL INFORMATION \*\***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you

We need additional records for the period of 03/2020- present to help make our decision. Please send us:

o　Operative or Procedural Notes
o　Office Notes with physical examination findings
o　Physical Therapy/Occupational Therapy notes
o　Diagnostic test results
o　Outline of treatment plan
o　Medications and any side effects

Please fax to 833-357-5153

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:

Enclosed:

**REDACTED**

03/05/2020 THU 13:19  FAX 985 396 6223  ALLEN'S FAMILY PRACTICE    ⊠012/019

Claim Number: 21247832

## aetna·  Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("Information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the Information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore,

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The information provided to Aetna will not be used for any purpose other than in the manner described above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-69211 (2-17) B    R-POD



DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700 TimeStamp: 02:20:32 pm EST



THE HARTFORD

PO Box 14869
Lexington, KY  40512
866-825-0186

## Medical Information Request

| To: Dr. James Carider | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 03/31/2020 |
| Fax Number: 9858929957 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: ▇▇▇▇▇ | |

** REQUEST FOR MEDICAL INFORMATION **

Dear Dr. James Carider,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you.

Please send a completed Attending Provider Statement. We've attached the form for you here. You can return the completed form by email to GBInformationUpload@thehartford.com, or by fax to 833-357-5153.

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Additional records for the period of 1/2020- present can be helpful in making our decision. Please include the following information when you send back the Attending Provider Statement:

**REDACTED**

- o   Operative or Procedural Notes
- o   Office Notes with physical examination findings
- o   Physical Therapy/Occupational Therapy notes
- o   Diagnostic test results
- o   Outline of treatment plan
- o   Medications and any side effects

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company).  The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:
Attending Physician Statement-Initial Report for Mental Health

Claim Number: **21247832 BRIAN STEWART** Hartford Leave Management
PO Box 14869
Lexington, KY 40512
Toll Free Fax: 833-357-5153
Email: GBInformationUpload@thehartford.com

D0116    52/324

Please fax the completed form to:

**ATTENDING PHYSICIAN'S STATEMENT**
(For Mental Health Claims)

| To Be Completed By The Employee | | |
|---|---|---|
| Patient Name: | Date of Birth: | Insured ID Number: |
| Patient Address: (Street, City, State & Zip Code) | | |

**To be completed by the Provider -** (The patient is responsible for the completion of this form without expense to the company)

Is the condition related to environmental and/or interpersonal issues in his/her workplace? ☐ Yes ☐ No
If "Yes," explain:

If yes, can he / she perform the same job at a different location / employer? ☐ Yes ☐ No
Are these issues causing a disincentive to return to work with current Employer? ☐ Yes ☐ No

**DIAGNOSIS:**

Primary Condition: _____  DSM or ICD Code: _____
Secondary Condition: _____  DSM or ICD Code: _____

Patient Assessment Measures

WHODAS Score: _____

Domain I _____ Domain II _____ Domain III _____ Domain IV _____ Domain V _____ Domain VI _____
(Provide completed assessment questionnaire)

Other Assessment Measures - please list the measure scale and provide score (attach test results):
_____ _____ _____

Current Self Reported Symptoms:

Current Observed Symptoms (Clinical presentation, frequency, severity, examples):

**CURRENT MENTAL STATUS EXAMINATION**          Examination Date: _____
(Please circle or check current status or explain in 'Comments')



| Category | Description | Comments |
|---|---|---|
| Appearance | ☐ Well groomed    ☐ Disheveled | |
| Attitude | ☐ Cooperative  ☐ Guarded  ☐ Suspicious  ☐ Uncooperative  ☐ Belligerent | |
| Speech | ☐ Normal  ☐ Halted  ☐ Pressured  ☐ Slurred  ☐ Incoherent | |
| Thought Process | ☐ Logical/Coherent  ☐ Tangential  ☐ Flight of ideas  ☐ Circumstantial | |
| Mood | ☐ WNL  ☐ Depressed  ☐ Anxious  ☐ Irritable  ☐ Euphoric | |
| Affect | ☐ Congruent  ☐ Incongruent  ☐ Blunted  ☐ Flat  ☐ Labile | |
| Insight into illness | ☐ Absent  ☐ Fair  ☐ Good | |
| Psychomotor Activity | ☐ WNL  ☐ Agitation  ☐ Retardation | |
| | | **Please check the statement that indicates how this was assessed?** |
| Attention | ☐ Intact  ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Concentration | ☐ Intact  ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Memory | ☐ Intact  ☐ Impaired : ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |

**CHANGES:**
Indicate how this is a change from the patient's baseline. If the condition is chronic or long term, what and when did change occur?

LC-7592-9                    Page 1 of 3                    08/2016

Patient Name: _____   Date of Birth: _____   Insured ID Number: _____

**FUNCTIONALITY:**

Did you recommend your patient stop working?  ☐ Yes  ☐ No   If Yes, on what date?_____

Are the symptoms of such severity to preclude the patient from social / occupational functioning?  ☐ Yes  ☐ No

When did the symptoms become severe enough to preclude social / occupational functioning?_____

If Yes, specify what work activities are impaired and how:

_____

_____

_____

What is the expected duration of any work activity impairments? _____

Have you discussed a return to work goal with your patient?  ☐ Yes  ☐ No   If No, please explain:

_____

What are your patient's current abilities?  What type of work can your patient perform?

_____

_____

What is your target date for return to work for your patient? _____  ☐ Full time  ☐ Part time

If part time, on what date will your patient be able to increase to full time?_____

If appropriate, provide examples of accommodations that would allow your patient to return to work:

_____

_____

In your opinion is the patient competent to endorse checks and direct the use of the proceeds thereof?  ☐ Yes  ☐ No

Additional comments:

_____

_____

_____

**TREATMENT:**

| Date of onset of disability: | Date you first treated this patient for any condition: |
|---|---|
| | |

| Date you first treated this patient for this condition: | Date of onset of this condition: | Frequency of treatment: |
|---|---|---|
| | | |

List relevant treatment dates:

| Date of last office visit: | Date of next office visit: | |
|---|---|---|
| | | |

Claim Number: 21247832

|||||||||||||||||||||||||||||||||||||||||||||

Patient Name:                          Date of Birth:              Insured ID Number:

**TREATMENT CONTINUED:**

Has patient been referred to any other mental health providers/physicians? ☐ Yes  ☐ No
If "yes", please provide the following information:
Provider Name:_____  Phone Number: ( )_____
Provider Address:_____

Are you coordinating care with this provider?  ☐ Yes  ☐ No

Was patient hospitalized or treated at a higher level of care for this condition? ☐ Yes  ☐ No
If "yes", please provide information about any higher level of care:
Inpatient:  Hospital/facility name _____  Phone Number: ( )_____
      Admission date:_____ Discharge date: _____
Partial Hospital/Day Treatment/IOP:  Hospital/facility name_____  Phone Number: ( )_____
      Admission date:_____ Discharge date: _____ Number of days per week: _____ Number of hours per day:_____
Residential:  Facility name:_____  Phone Number: ( )_____
      Admission date: _____ Discharge date:  _____

Medication (dose, change, date of change):
_____
_____
_____

Response to medication:
_____
_____

**STATUS** (Please check one):  ☐ In remission  ☐ Improved  ☐ Unchanged  ☐ Retrogressed

Please provide a description of the most significant recent improvement and / or decompensation:
_____
_____

**PROVIDER'S INFORMATION:**

| Provider's Name: | Specialty: | License Number: |
|---|---|---|
| Address: (Street, City, State & Zip Code) | | Telephone number: ( ) |
| Degree: | Social Security Number or EIN Number: | Fax Number: ( ) |
| Office Contact: | | Office Contact Phone ( ) |

Provider's Signature: _____    Date Signed: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

LC-7592-9                          Page 3 of 3                          08/2016

**Claim Number: 21247832**

|||||||||||| ||| || ||||| ||| |||| ||| ||| ||||| |||| ||| ||| ||

Enclosed:

03/05/2020 THU 13:19 FAX 985 386 6233 ALLEN'S FAMILY PRACTICE @012/019

Claim Number: 21247832

**aetna**

### Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than is intended use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENTS OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2·24·20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68971 (2-17) S                                                                        R-POD



DCN: 200305080755 PAGE: 023 SEQUENCE: SWF0305202001437001  TimeStamp: 02:20:32 pm EST



**THE HARTFORD**

PO Box 14869
Lexington, KY 40512
866-825-0186

### Medical Information Request

| To: Dr. James Carider | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 03/31/2020 |
| Fax Number: 9858984482 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: | |

**** REQUEST FOR MEDICAL INFORMATION ****

Dear Dr. James Carider,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you

Please send a completed Attending Provider Statement. We've attached the form for you here. You can return the completed form by email to GBinformationUpload@thehartford.com, or by fax to 833-357-5153.

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Additional records for the period of 1/2020- present can be helpful in making our decision. Please include the following information when you send back the Attending Provider Statement:

**REDACTED**

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:
Attending Physician Statement-Initial Report for Mental Health

Claim Number: 21247832 BRIAN STEWART Hartford Leave Management
PO Box 14869
Lexington, KY-40512
Toll Free Fax: 833-357-5153
Email: GBInformationUpload@thehartford.com

D0121   57/324

Please fax the completed form to:

**ATTENDING PHYSICIAN'S STATEMENT**
(For Mental Health Claims)

| To Be Completed By The Employee | | |
|---|---|---|
| Patient Name: | Date of Birth: | Insured ID Number: |
| Patient Address: (Street, City, State & Zip Code) | | |

**To be completed by the Provider -** (The patient is responsible for the completion of this form without expense to the company)

Is the condition related to environmental and/or interpersonal issues in his/her workplace? ☐ Yes ☐ No
If "Yes," explain:

If yes, can he / she perform the same job at a different location / employer? ☐ Yes ☐ No
Are these issues causing a disincentive to return to work with current Employer? ☐ Yes ☐ No

**DIAGNOSIS:**

Primary Condition: _____ DSM or ICD Code: _____

Secondary Condition: _____ DSM or ICD Code: _____

Patient Assessment Measures

WHODAS Score: _____

Domain I _____ Domain II _____ Domain III _____ Domain IV _____ Domain V _____ Domain VI _____
(Provide completed assessment questionnaire)

Other Assessment Measures - please list the measure scale and provide score (attach test results):
_____   _____   _____

Current Self Reported Symptoms:

Current Observed Symptoms (Clinical presentation, frequency, severity, examples):

**CURRENT MENTAL STATUS EXAMINATION**      Examination Date: _____
*(Please circle or check current status or explain in "Comments")*



| Category | Description | Comments |
|---|---|---|
| Appearance | ☐ Well groomed   ☐ Disheveled | |
| Attitude | ☐ Cooperative ☐ Guarded ☐ Suspicious ☐ Uncooperative ☐ Belligerent | |
| Speech | ☐ Normal ☐ Halted ☐ Pressured ☐ Slurred ☐ Incoherent | |
| Thought Process | ☐ Logical/Coherent ☐ Tangential ☐ Flight of ideas ☐ Circumstantial | |
| Mood | ☐ WNL ☐ Depressed ☐ Anxious ☐ Irritable ☐ Euphoric | |
| Affect | ☐ Congruent ☐ Incongruent ☐ Blunted ☐ Flat ☐ Labile | |
| Insight into illness | ☐ Absent ☐ Fair ☐ Good | |
| Psychomotor Activity | ☐ WNL ☐ Agitation ☐ Retardation | |

| | | Please check the statement that indicates how this was assessed? |
|---|---|---|
| Attention | ☐ Intact ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Concentration | ☐ Intact ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Memory | ☐ Intact ☐ Impaired : ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |

**CHANGES:**

Indicate how this is a change from the patient's baseline. If the condition is chronic or long term, what and when did change occur?

LC-7592-9             Page 1 of 3             08/2016

THE HARTFORD

Patient Name: _____     Date of Birth: _____     Insured ID Number: _____

**FUNCTIONALITY:**

Did you recommend your patient stop working? ☐ Yes ☐ No   If Yes, on what date?_____

Are the symptoms of such severity to preclude the patient from social / occupational functioning? ☐ Yes ☐ No

When did the symptoms become severe enough to preclude social / occupational functioning?_____

If Yes, specify what work activities are impaired and how:

_____

_____

_____

What is the expected duration of any work activity impairments? _____

Have you discussed a return to work goal with your patient? ☐ Yes ☐ No   If No, please explain:

_____

What are your patient's current abilities?  What type of work can your patient perform?

_____

_____

_____

What is your target date for return to work for your patient? _____ ☐ Full time ☐ Part time

If part time, on what date will your patient be able to increase to full time? _____

If appropriate, provide examples of accommodations that would allow your patient to return to work:

_____

_____

In your opinion is the patient competent to endorse checks and direct the use of the proceeds thereof? ☐ Yes ☐ No

Additional comments:

_____

_____

_____

**TREATMENT:**

| Date of onset of disability: | Date you first treated this patient for any condition: |
|---|---|

| Date you first treated this patient for this condition: | Date of onset of this condition: | Frequency of treatment: |
|---|---|---|

List relevant treatment dates:

| Date of last office visit: | Date of next office visit: | |
|---|---|---|

**Claim Number:** 21247832

Patient Name: _____     Date of Birth: _____     Insured ID Number: _____

**TREATMENT CONTINUED:**

Has patient been referred to any other mental health providers/physicians? ☐ Yes  ☐ No
If "yes", please provide the following information:
Provider Name:_____     Phone Number: (___) _____
Provider Address:_____

Are you coordinating care with this provider?  ☐ Yes  ☐ No

Was patient hospitalized or treated at a higher level of care for this condition? ☐ Yes  ☐ No
If "yes", please provide information about any higher level of care:
Inpatient: Hospital/facility name _____     Phone Number: (___) _____
   Admission date:_____ Discharge date: _____
Partial Hospital/Day Treatment/IOP: Hospital/facility name_____     Phone Number: (___) _____
   Admission date: _____ Discharge date: _____ Number of days per week: _____ Number of hours per day:_____
Residential: Facility name:_____     Phone Number: (___) _____
   Admission date: _____ Discharge date: _____

Medication (dose, change, date of change):
_____
_____
_____

Response to medication:
_____
_____

**STATUS** (Please check one): ☐ In remission  ☐ Improved  ☐ Unchanged  ☐ Retrogressed

Please provide a description of the most significant recent improvement and / or decompensation:
_____
_____

**PROVIDER'S INFORMATION:**

| Provider's Name: | Specialty: | License Number: |
|---|---|---|
| Address: (Street, City, State & Zip Code) | | Telephone number: (   ) |
| Degree: | Social Security Number or EIN Number: | Fax Number: (   ) |
| Office Contact: | | Office Contact Phone (   ) |

Provider's Signature: _____     Date Signed: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

LC-7592-9                     Page 3 of 3                     08/2016

**Claim Number: 21247832**

|| |||| | ||| | ||| ||| || ||| ||| | ||| | || | ||| ||

Enclosed:

03/03/2020 THU 13:19  FAX 985 386 6233  ALLEN'S FAMILY PRACTICE    @012/019

Claim Number: 21247832

## aetna

**Authorization to Share and Use Medical Information**

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than as intended: use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

**NOTICE TO RECIPIENTS OF INFORMATION:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |



Form must be signed in order to be considered valid.
WKAB
GR-69201 (2-17) S                                                                R-POD



DCN: 200505080755 PAGE: 023 SEQUENCE: SWF0305202001437001  TimeStamp: 02:20:32 pm EST

PO Box 14869
Lexington, KY 40512
866-825-0186

**THE HARTFORD**

## Medical Information Request

| To: Dr. James Carider | From: The Hartford Disability |
| Employer: UPS | Date: 03/31/2020 |
| Fax Number: 9858984482 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: | |

** REQUEST FOR MEDICAL INFORMATION **

Dear Dr. James Carider,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you.

Please send a completed Attending Provider Statement. We've attached the form for you here. You can return the completed form by email to GBinformationUpload@thehartford.com, or by fax to 833-357-5153.

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Additional records for the period of 1/2020- present can be helpful in making our decision. Please include the following information when you send back the Attending Provider Statement:

**REDACTED**

- o    Operative or Procedural Notes
- o    Office Notes with physical examination findings
- o    Physical Therapy/Occupational Therapy notes
- o    Diagnostic test results
- o    Outline of treatment plan
- o    Medications and any side effects

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:
Attending Physician Statement-Initial Report for Mental Health

Claim Number: 21247832 BRIAN STEWART Hartford Leave Management
PO Box 14869
Lexington, KY-40512
Toll Free Fax: 833-357-5153
Email: GBInformationUpload@thehartford.com

Please fax the completed form to:

**ATTENDING PHYSICIAN'S STATEMENT**
(For Mental Health Claims)

| To Be Completed By The Employee | | |
|---|---|---|
| Patient Name: | Date of Birth: | Insured ID Number: |
| Patient Address: (Street, City, State & Zip Code) | | |

**To be completed by the Provider -** (The patient is responsible for the completion of this form without expense to the company)

Is the condition related to environmental and/or interpersonal issues in his/her workplace?  ☐ Yes  ☐ No
If "Yes," explain:

If yes, can he / she perform the same job at a different location / employer?  ☐ Yes  ☐ No
Are these issues causing a disincentive to return to work with current Employer? ☐ Yes  ☐ No

**DIAGNOSIS:**

Primary Condition: _____ DSM or ICD Code: _____

Secondary Condition: _____ DSM or ICD Code: _____

Patient Assessment Measures

WHODAS Score: _____

Domain I _____ Domain II _____ Domain III _____ Domain IV _____ Domain V _____ Domain VI _____
(Provide completed assessment questionnaire)

Other Assessment Measures - please list the measure scale and provide score (attach test results):
_____  _____  _____

Current Self Reported Symptoms:

Current Observed Symptoms (Clinical presentation, frequency, severity, examples):

**CURRENT MENTAL STATUS EXAMINATION**          Examination Date: _____
(Please circle or check current status or explain in 'Comments')

| Category | Description | Comments |
|---|---|---|
| Appearance | ☐ Well groomed  ☐ Disheveled | |
| Attitude | ☐ Cooperative  ☐ Guarded  ☐ Suspicious  ☐ Uncooperative  ☐ Belligerent | |
| Speech | ☐ Normal  ☐ Halted  ☐ Pressured  ☐ Slurred  ☐ Incoherent | |
| Thought Process | ☐ Logical/Coherent  ☐ Tangential  ☐ Flight of ideas  ☐ Circumstantial | |
| Mood | ☐ WNL  ☐ Depressed  ☐ Anxious  ☐ Irritable  ☐ Euphoric | |
| Affect | ☐ Congruent  ☐ Incongruent  ☐ Blunted  ☐ Flat  ☐ Labile | |
| Insight into illness | ☐ Absent  ☐ Fair  ☐ Good | |
| Psychomotor Activity | ☐ WNL  ☐ Agitation  ☐ Retardation | |



| | | Please check the statement that indicates how this was assessed? |
|---|---|---|
| Attention | ☐ Intact  ☐ Impaired:  ☐ mild  ☐ moderate  ☐ severe | ☐ Observed  ☐ Tested  ☐ Self-Reported |
| Concentration | ☐ Intact  ☐ Impaired:  ☐ mild  ☐ moderate  ☐ severe | ☐ Observed  ☐ Tested  ☐ Self-Reported |
| Memory | ☐ Intact  ☐ Impaired :  ☐ mild  ☐ moderate  ☐ severe | ☐ Observed  ☐ Tested  ☐ Self-Reported |

**CHANGES:**

Indicate how this is a change from the patient's baseline.  If the condition is chronic or long term, what and when did change occur?

LC-7592-9          Page 1 of 3          08/2016

Patient Name: _____    Date of Birth: _____    Insured ID Number: _____

**FUNCTIONALITY:**

Did you recommend your patient stop working?  ☐ Yes  ☐ No    If Yes, on what date?_____

Are the symptoms of such severity to preclude the patient from social / occupational functioning?  ☐ Yes  ☐ No

When did the symptoms become severe enough to preclude social / occupational functioning?_____

If Yes, specify what work activities are impaired and how:

_____

_____

_____

What is the expected duration of any work activity impairments? _____

Have you discussed a return to work goal with your patient?  ☐ Yes  ☐ No    If No, please explain:

_____

What are your patient's current abilities?  What type of work can your patient perform?

_____

_____

_____

What is your target date for return to work for your patient? _____  ☐ Full time  ☐ Part time

If part time, on what date will your patient be able to increase to full time? _____

If appropriate, provide examples of accommodations that would allow your patient to return to work:

_____

_____

In your opinion is the patient competent to endorse checks and direct the use of the proceeds thereof?  ☐ Yes  ☐ No

Additional comments:

_____

_____

_____

**TREATMENT:**

| Date of onset of disability: | Date you first treated this patient for any condition: |
|---|---|
| | |

| Date you first treated this patient for this condition: | Date of onset of this condition: | Frequency of treatment: |
|---|---|---|
| | | |

List relevant treatment dates:

| Date of last office visit: | Date of next office visit: | |
|---|---|---|
| | | |

**Claim Number: 21247832**

Patient Name: _____       Date of Birth: _____       Insured ID Number: _____

**TREATMENT CONTINUED:**

Has patient been referred to any other mental health providers/physicians?  ☐ Yes   ☐ No
If "yes", please provide the following information:
Provider Name:_____       Phone Number:  ( ____ )_____
Provider Address:_____

Are you coordinating care with this provider?       ☐ Yes   ☐ No

Was patient hospitalized or treated at a higher level of care for this condition? ☐ Yes  ☐ No
If "yes", please provide information about any higher level of care:
Inpatient:  Hospital/facility name _____       Phone Number: ( ____ )_____
     Admission date:_____ Discharge date: _____
Partial Hospital/Day Treatment/IOP:  Hospital/facility name_____       Phone Number: ( ____ )_____
     Admission date: _____ Discharge date: _____ Number of days per week: _____ Number of hours per day:_____
Residential:  Facility name:_____       Phone Number: ( ____ )_____
     Admission date: _____ Discharge date:  _____

Medication (dose, change, date of change):
_____
_____
_____

Response to medication:
_____
_____

**STATUS** (Please check one):  ☐ In remission   ☐ Improved   ☐ Unchanged   ☐ Retrogressed

Please provide a description of the most significant recent improvement and / or decompensation:
_____
_____

**PROVIDER'S INFORMATION:**

| Provider's Name: | Specialty: | License Number: |
|---|---|---|
| Address:  (Street, City, State & Zip Code) | | Telephone number: ( ) |
| Degree: | Social Security Number or EIN Number: | Fax Number: ( ) |
| Office Contact: | | Office Contact Phone ( ) |

Provider's Signature: _____       Date Signed: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

LC-7592-9                                    Page 3 of 3                                    08/2016

**Claim Number: 21247832**

|||||||||||||||||||||||||||||||||||||||||||||||||

Enclosed:

03/05/2020 THU 13:19  FAX 985 386 6233 ALLEN'S FAMILY PRACTICE  ☑2012/019

Claim Number: 21247832

## aetna® Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized plan representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than is intended use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.



| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | ▮▮▮▮▮ |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68011 (2-17) S                                                                 R-POD

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF0305202001437001  TimeStamp: 02:20:32 pm EST



**THE HARTFORD**

PO Box 14869
Lexington, KY 40512
866-825-0186

## Medical Information Request

| To: Dr. Pruit | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 03/31/2020 |
| Fax Number: 9858928767 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth ▮▮▮▮ | |

** REQUEST FOR MEDICAL INFORMATION **

Dear Dr. Dr. Pruit ,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you

Please send a completed Attending Provider Statement. We've attached the form for you here. You can return the completed form by email to GBinformationUpload@thehartford.com, or by fax to 833-357-5153.

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Additional records for the period of 10/2020- present can be helpful in making our decision. Please include the following information when you send back the Attending Provider Statement:

**REDACTED**

- o   Operative or Procedural Notes
- o   Office Notes with physical examination findings
- o   Physical Therapy/Occupational Therapy notes
- o   Diagnostic test results
- o   Outline of treatment plan
- o   Medications and any side effects

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:
Attending Physician Statement-Initial Report for Mental Health

Claim Number: 21247832 BRIAN STEWART Hartford Leave Management
PO Box 14869
Lexington, KY 40512
Toll Free Fax: 833-357-5153
Email: GBInformationUpload@thehartford.com

Please fax the completed form to:

**ATTENDING PHYSICIAN'S STATEMENT**
**(For Mental Health Claims)**

**To Be Completed By The Employee**

| Patient Name: | Date of Birth: | Insured ID Number: |
|---|---|---|

Patient Address: (Street, City, State & Zip Code)

**To be completed by the Provider -** (The patient is responsible for the completion of this form without expense to the company)

Is the condition related to environmental and/or interpersonal issues in his/her workplace? ☐ Yes ☐ No
If "Yes," explain:

If yes, can he / she perform the same job at a different location / employer? ☐ Yes ☐ No
Are these issues causing a disincentive to return to work with current Employer? ☐ Yes ☐ No

**DIAGNOSIS:**

Primary Condition: _____ DSM or ICD Code: _____

Secondary Condition: _____ DSM or ICD Code: _____

Patient Assessment Measures

WHODAS Score: _____

Domain I _____ Domain II _____ Domain III _____ Domain IV _____ Domain V _____ Domain VI _____
(Provide completed assessment questionnaire)

Other Assessment Measures - please list the measure scale and provide score (attach test results):

Current Self Reported Symptoms:

Current Observed Symptoms (Clinical presentation, frequency, severity, examples):

**CURRENT MENTAL STATUS EXAMINATION**      Examination Date: _____
*(Please circle or check current status or explain in 'Comments')*



| Category | Description | Comments |
|---|---|---|
| Appearance | ☐ Well groomed ☐ Disheveled | |
| Attitude | ☐ Cooperative ☐ Guarded ☐ Suspicious ☐ Uncooperative ☐ Belligerent | |
| Speech | ☐ Normal ☐ Halted ☐ Pressured ☐ Slurred ☐ Incoherent | |
| Thought Process | ☐ Logical/Coherent ☐ Tangential ☐ Flight of ideas ☐ Circumstantial | |
| Mood | ☐ WNL ☐ Depressed ☐ Anxious ☐ Irritable ☐ Euphoric | |
| Affect | ☐ Congruent ☐ Incongruent ☐ Blunted ☐ Flat ☐ Labile | |
| Insight into illness | ☐ Absent ☐ Fair ☐ Good | |
| Psychomotor Activity | ☐ WNL ☐ Agitation ☐ Retardation | |

| | | Please check the statement that indicates how this was assessed? |
|---|---|---|
| Attention | ☐ Intact ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Concentration | ☐ Intact ☐ Impaired: ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |
| Memory | ☐ Intact ☐ Impaired : ☐ mild ☐ moderate ☐ severe | ☐ Observed ☐ Tested ☐ Self-Reported |

**CHANGES:**

Indicate how this is a change from the patient's baseline. If the condition is chronic or long term, what and when did change occur?

LC-7592-9      Page 1 of 3      08/2016

Patient Name: _____    Date of Birth: _____    Insured ID Number: _____

**FUNCTIONALITY:**

Did you recommend your patient stop working? ☐ Yes ☐ No   If Yes, on what date?_____

Are the symptoms of such severity to preclude the patient from social / occupational functioning? ☐ Yes ☐ No

When did the symptoms become severe enough to preclude social / occupational functioning?_____

If Yes, specify what work activities are impaired and how:

_____

_____

_____

What is the expected duration of any work activity impairments? _____

Have you discussed a return to work goal with your patient? ☐ Yes ☐ No   If No, please explain:

_____

What are your patient's current abilities? What type of work can your patient perform?

_____

_____

_____

What is your target date for return to work for your patient? _____ ☐ Full time ☐ Part time

If part time, on what date will your patient be able to increase to full time? _____

If appropriate, provide examples of accommodations that would allow your patient to return to work:

_____

_____

In your opinion is the patient competent to endorse checks and direct the use of the proceeds thereof? ☐ Yes ☐ No

Additional comments:

_____

_____

_____

**TREATMENT:**

| Date of onset of disability: | Date you first treated this patient for any condition: |
|---|---|
| Date you first treated this patient for this condition: | Date of onset of this condition: | Frequency of treatment: |

List relevant treatment dates:

| Date of last office visit: | Date of next office visit: |
|---|---|

**Claim Number:** 21247832

Patient Name: _____    Date of Birth: _____    Insured ID Number: _____

**TREATMENT CONTINUED:**

Has patient been referred to any other mental health providers/physicians? ☐ Yes   ☐ No

If "yes", please provide the following information:

Provider Name:_____   Phone Number: ( )_____

Provider Address:_____

Are you coordinating care with this provider?   ☐ Yes   ☐ No

Was patient hospitalized or treated at a higher level of care for this condition? ☐ Yes ☐ No

If "yes", please provide information about any higher level of care:

Inpatient: Hospital/facility name _____ Phone Number: ( )_____

   Admission date:_____ Discharge date: _____

Partial Hospital/Day Treatment/IOP: Hospital/facility name_____ Phone Number: ( )_____

   Admission date:_____ Discharge date:_____ Number of days per week:_____ Number of hours per day:_____

Residential: Facility name:_____ Phone Number: ( )_____

   Admission date: _____ Discharge date: _____

Medication (dose, change, date of change):

_____

_____

_____

Response to medication:

_____

_____

**STATUS** (Please check one): ☐ In remission ☐ Improved ☐ Unchanged ☐ Retrogressed

Please provide a description of the most significant recent improvement and / or decompensation:

_____

_____

**PROVIDER'S INFORMATION:**

| | | |
|---|---|---|
| Provider's Name: | Specialty: | License Number: |
| Address: (Street, City, State & Zip Code) | | Telephone number: ( ) |
| Degree: | Social Security Number or EIN Number: | Fax Number: ( ) |
| Office Contact: | | Office Contact Phone ( ) |

Provider's Signature: _____    Date Signed: _____

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.
The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.

LC-7592-9      Page 3 of 3      08/2016

**Claim Number: 21247832**

Enclosed:

03/05/2020 THU 13:19  FAX 985 386 6233  ALLEN'S FAMILY PRACTICE     @012/019

Claim Number: 21247832

## aetna

### Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to: any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnosis, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore:

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than is intended; use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENT(S) OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68621 (2-17) S      R-POD



DCN: 200505080755 PAGE: 023 SEQUENCE: SWF03052020014370001  TimeStamp: 02:20:32 pm EST



### THE HARTFORD

PO Box 14869
Lexington, KY 40512
866-825-0186

## Medical Information Request

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 04/02/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: | |

** REQUEST FOR MEDICAL INFORMATION **

***ATTENTION TAMIKA***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you before we can make a decision on the claim.

We need additional records for the period of 1/2020- present to help make our decision. Please send us:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results

**REDACTED**

- o     Outline of treatment plan
- o     Medications and any side effects
- o     **Doctor to doctor consultation**

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:




Enclosed:

03/05/2020 THU 13:19 FAX 985 386 6223 ALLEN'S FAMILY PRACTICE   @012/019

Claim Number: 21247832

**aetna®**   Authorization to Share and Use
Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). This information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore,

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than is intended use stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-69211 (2-17) B                                                                R-POD

[barcode]

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700I TimeStamp: 02:20:32 pm EST



PO Box 14869
Lexington, KY 40512
866-825-0186

**THE HARTFORD**

**Medical Information Request**

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 04/02/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: ▓▓▓▓▓ | |

**\*\* REQUEST FOR MEDICAL INFORMATION \*\***

**\*\*\*ATTENTION TAMIKA\*\*\***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you before we can make a decision on the claim.

We need additional records for the period of 1/2020- present to help make our decision. Please send us:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results

**REDACTED**

o    Outline of treatment plan
o    Medications and any side effects
o    **Doctor to doctor consultation**

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company).  The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:

Enclosed:

03/05/2020 THU 13:19  FAX 985 386 6223  ALLEN' S FAMILY PRACTICE                    ☑012/019

Claim Number: 21247832

# aetna®  Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("Information"). This information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the Information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore,

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The information provided to Aetna will not be used for any purpose other than is intended use stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | ▓ |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-89211 (2-17) B                                                                    R-POD

|||||||||||||||||||||||||||||||||||||||||||||||||

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700I TimeStamp: 02:20:32 pm EST



**THE HARTFORD**

PO Box 14869
Lexington, KY 40512
866-825-0186

## Medical Information Request

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 04/02/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: ▓ | |

** REQUEST FOR MEDICAL INFORMATION **

***ATTENTION TAMIKA***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you before we can make a decision on the claim.

We need additional records for the period of 1/2020- present to help make our decision. Please send us:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results

**REDACTED**

- o    Outline of treatment plan
- o    Medications and any side effects
- o    **Doctor to doctor consultation**

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:

Enclosed:

03/05/2020 THU 13:19  FAX 985 386 6223  ALLEN' S FAMILY PRACTICE    ☑012/019

Claim Number: 21247832

## aetna®  Authorization to Share and Use
## Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("information"). That information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the Federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore,

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving information that the information is confidential. The information provided to Aetna will not be used for any purpose other than is intended as stated above. I understand that once my information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-68211 (2-17) B                    R-POD

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700I  TimeStamp: 02:20:32 pm EST



PO Box 14869
Lexington, KY 40512
866-825-0186

## THE HARTFORD

### Medical Information Request

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 04/02/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: ███████ | |

** REQUEST FOR MEDICAL INFORMATION **

***ATTENTION TAMIKA***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you before we can make a decision on the claim.

We need additional records for the period of 1/2020- present to help make our decision. Please send us:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results

**REDACTED**

- o   Outline of treatment plan
- o   Medications and any side effects
- o   **Doctor to doctor consultation**

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.
Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:


Enclosed:

03/05/2020 THU 13:19 FAX 985 386 6223 ALLEN'S FAMILY PRACTICE    2012/019

Claim Number: 21247832

## aetna®   Authorization to Share and Use Medical Information

Mail this completed form to:
PO Box 14560
Lexington, KY 40512-4560
Fax: 1-866-667-1987

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out and discuss my medical information as explained on this Authorization form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education, training, income, and other insurance coverage including benefits paid ("Information"). This information may also include diagnoses, treatment and education related to drug and/or alcohol abuse, HIV/AIDS or other communicable or sexually-transmitted disease, as well as behavioral health conditions (but does not include psychotherapy notes).

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, Aetna Life Insurance Company, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim. I allow the Records Holders to discuss and clarify information provided in support of a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program, fitness for duty, other work accommodation programs, or leave benefits offered by and through my employer ("Benefits Program").

I allow the Benefit Managers to use, give out or otherwise make available the Information only to evaluate, analyze, manage and/or administer the Benefits Program. I also allow the Benefits Managers to give/make available my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program.

I understand that information disclosed to Benefit Managers pertaining to certain alcohol or drug abuse treatment or HIV/AIDS or other communicable or sexually-transmitted disease is protected by federal (42 CFR Part 2) and state confidentiality rules and statutes, which prohibit any further disclosure of this information without my express written consent, or as otherwise permitted by such rules and statutes. I understand that a general authorization for the release of medical or other information is NOT sufficient for release of these types of records. Therefore,

☐ If any of my records contain information about alcohol or drug abuse, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program. I understand that the federal rules restrict any use of the Information to criminally investigate or prosecute any drug or alcohol abuse patient.

☐ If any of my records contain information about HIV/AIDS or other communicable or sexually transmitted disease, then, by checking this box, I hereby expressly allow my Benefits Managers to use or give out such information to evaluate, analyze, manage and/or administer the Benefits Program.

The Benefits Managers will tell those receiving Information that the Information is confidential. The information provided to Aetna will not be used for any purpose other than is intended as stated above. I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by the Benefit Managers.

Unless revoked earlier, I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind about this Authorization before that time is up, I can tell my Records Holders and Benefit Managers in writing that I do not want them to share any more information. If I revoke my Authorization by telling them in writing to stop sharing information, it will not change any actions they took before I revoked my permission. If I do not sign this Authorization, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this Authorization can be submitted to the Benefits Managers electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this Authorization may be treated as a signed original.

NOTICE TO RECIPIENTS OF INFORMATION:
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.



| Claimant's Name | Date of Birth |
|---|---|
| Brian Stewart | |
| Employer's Name | Date |
| UPS | 2-24-20 |
| Claimant's (or Legal Representative's) Signature | Legal Representative's Name and Relationship |
| Brian Stewart | |

Form must be signed in order to be considered valid.

WKAB
GR-69211 (2-17) B      R-POD

DCN: 200305080755 PAGE: 023 SEQUENCE: SWF030520200143700I TimeStamp: 02:20:32 pm EST



THE HARTFORD

PO Box 14869
Lexington, KY 40512
866-825-0186

## Medical Information Request

| To: Dr. Gregory Allen | From: The Hartford Disability |
|---|---|
| Employer: UPS | Date: 04/02/2020 |
| Fax Number: 9853866223 | Sender's Fax Number: 833-357-5153 |
| | CLAIM NUMBER: 21247832 |
| Phone number: | Sender's Phone Number: 866-825-0186 |
| Re: Brian Stewart | |
| Date of Birth: | |

** REQUEST FOR MEDICAL INFORMATION **

***ATTENTION TAMIKA***

Dear Dr. Gregory Allen,

Brian Stewart requested Long-Term Disability benefits for a disability beginning on 09/04/2019. We need some information from you before we can make a decision on the claim.

We need additional records for the period of 1/2020- present to help make our decision. Please send us:

o   Operative or Procedural Notes
o   Office Notes with physical examination findings
o   Physical Therapy/Occupational Therapy notes
o   Diagnostic test results

**REDACTED**

- o   Outline of treatment plan
- o   Medications and any side effects
- o   **Doctor to doctor consultation**

If you need proof that Brian has authorized you to release records to us, please see the attached authorization form.

If you need Brian to provide formal permission for you to release records to us, please have them fill out the attached authorization form.

Let us know if Brian is able to return to work with restrictions. Brian's employer may be able to accommodate the restrictions and help them return to work.

We have to have this information before we can proceed with Brian's request. We can't make any decisions without the completed form.

Please make sure your fax stays under 150 pages. Large faxes that are more than 150 pages should be sent in sections, and include a coversheet with the claim number.

If you have questions or need help, you can call us at **866-825-0186** between 8:00 AM and 8:00 PM ET, Monday through Friday or visit us online at **https://abilityadvantage.thehartford.com**. We're here to help.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

Disclaimer: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above. NOTICE TO RECIPIENT(S) OF INFORMATION: Information disclosed to you pertaining to alcohol or drug abuse treatment or sexually transmitted diseases is protected by federal confidentiality rules (42 CFR Part 2) and/or applicable state law, which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this document is CONFIDENTIAL. If you have received this in error, please call 855-8-WE-HELP (1-855-893-4357). Thank you.

Enclosed:

Enclosed: